File Hashes for IP Address 98.249.146.169

**ISP:** Comcast Cable
**Physical Location:** Fort Lauderdale, FL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/08/2014 00:13:41 | 91D22A6F66495928D68FE6EFE63FC676FD6AC763 | Hot Orgasm |
| 06/07/2014 23:35:38 | 96723554E601561A24EC479A240E4320DD6CE335 | Meet My Lover From Austria |
| 06/07/2014 23:20:00 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 05/03/2014 11:52:15 | 4CEBA603F6C3817AF4117E8662A3E78E4ED0530C | Wild Things |
| 05/01/2014 01:59:07 | FDA0F2DDA64E2F05B381523823EDE832EE74246F | Three Way is the Best Way |
| 05/01/2014 01:58:56 | 11BBD0678BDD5759E5D8BB9B0CB398ADB9A7D2E2 | The Sleepover |
| 04/29/2014 07:13:21 | 151F3ADFFCCDBB8DBE76C4906C330C01AA3880CD | Elle Hearts Girls |
| 04/29/2014 03:16:50 | 50930D439A05CE372CB069D7FBD367826D374E6C | They Only Look Innocent |
| 04/29/2014 01:59:01 | 6B3AD6CD8876E455AA4BC7F7A00D5CE42B6415D0 | Triple Threat |
| 04/29/2014 01:58:10 | 10E2887D2C624BEB5A1EF183C5B9E79C97A8A2C5 | Threes Company |
| 04/28/2014 02:32:02 | 1C0EB515DD0A64B094994B5AA6C57BAAE4EF2E1A | No Turning Back Part #2 |
| 04/28/2014 01:59:33 | B01A41247F2C0FCCE93B78FCAE020DA09AD38005 | It Is A Fine Line |
| 04/27/2014 02:32:54 | DA9066610A9D0A38C8B223A37D11457059F9DC20 | Group Sex |
| 03/15/2014 11:27:55 | 49C36FEE2B26753DB9027F3EF67C5997CD080DF3 | Just the Three of Us |
| 03/15/2014 11:12:40 | D842B05B53985CDB4AF3AEC2D87A6DE98F3D2821 | Go Fish |
| 03/15/2014 10:42:25 | 7815BFBAE2FD5FF0504A674AD70D74FB07E46BFC | Playing Dress Up |
| 03/15/2014 10:31:45 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

SFL110