**Copyrights-In-Suit for IP Address 98.249.146.169**

**ISP:** Comcast Cable
**Location:** Fort Lauderdale, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/15/2014 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 04/29/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 03/15/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 04/27/2014 |
| Hot Orgasm | PA0001903922 | 06/03/2014 | 06/12/2014 | 06/08/2014 |
| It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 04/28/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 03/15/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 06/07/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 06/07/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 04/28/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 03/15/2014 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 05/01/2014 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 04/29/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 05/01/2014 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 04/29/2014 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 04/29/2014 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 05/03/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 17**

EXHIBIT B

SFL110