# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 0:14-CV-61957-JIC

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendant:
**ROBERT DARE**

For:
M. Keith Lipscomb
LIPSCOMB, EISENBERG & BAKER, PL
2 S. Biscayne Blvd.
Suite # Ph- 3800
Miami, FL 33131

Received by Executive Express Courier Services, LLC on the 11th day of December, 2014 at 2:30 pm to be served on **ROBERT DARE, 5331 S.W. 20th STREET, PLANTATION, FL 33317**.

I, Daniel Del Castillo, being duly sworn, depose and say that on the **19th day of December, 2014** at **4:35 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Amended Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **CECILIA ROMERO** as **WIFE/CO-RESIDENT** at the address of: **2401 ARAGON BLVD., #3, SUNRISE, FL 33322**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/13/2014 12:26 pm   ATTEMPTED SERVICE AT 5331 S.W. 20 STREET, FORT LAUDERDALE, FL - HOUSE IS VACANT - AS PER NEIGHBOR CONFIRMED THIS PROPERTY IS BEEN VACANT FOR A FEW MONTHS.

I certify that I am over the age of 18, have no interest in the above action, and I am a Specialized Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 23rd day of December, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #FF019975
EXPIRES: JUN 07, 2017
Bonded through 1st State Insurance

Daniel Del Castillo
S.P.S. # 1113

Executive Express Courier Services, LLC
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2014023828
Ref: SFL110-1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5f

