UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 0:14-cv-61957-JIC |
| v. | ) |
| ROBERT DARE, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Emilie Kennedy, Esq. of Lipscomb, Eisenberg and Baker, PL, makes her appearance in this action behalf of Malibu Media, LLC, and that all future pleadings, papers, notices, and communications should be directed to the undersigned attorney.

Dated: August 31, 2014

Respectfully submitted,

By: /s/ *Emilie Kennedy*
Emilie Kennedy, Esq. (92808)
ekennedy@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL.
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Business: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that August 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Emilie Kennedy*

1