```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION
```

MALIBU MEDIA, LLC,                )
                                  )
    Plaintiff,                    )
v.                                ) Civil Action No.
                                  ) 0:14-cv-61957-JIC
ROBERT DARE,                      )
                                  )
    Defendant.                    )
_____ )

**DEFENDANT'S NOTICE OF INTENT TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT'S EXPERT WITNESS OR, IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF THE EXPERT DISCOVERY PERIOD [DE 51]**

COMES NOW Defendant, ROBERT DARE, by and through his undersigned counsel, and hereby notifies this Honorable Court of Defendant's intention to file a response in opposition to Plaintiff's Motion to Exclude Defendant's Expert Witness or, in the alternative, for an Enlargement of the Expert Discovery Period [DE 51].

This notice is necessary because Plaintiff's certificate of good faith conference incorrectly states Defendant "has no objections to an enlargement of the expert discovery period." However, Defendant *does object* to the enlargement of the expert discovery period and has not expressed otherwise. Therefore, Defendant intends to file a timely response in opposition to Plaintiff's Motion.

**ATTORNEY'S CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on **September 17, 2015,** the date of filing the foregoing via CM/ECF, all authorized parties will receive notice of the filing.

*Attorneys for Defendant:*

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, FL 32803-4809
Tel. 407-965-5519/Fax 407-545-4397
www.ConlinPA.com

/s/ Cynthia Conlin, Esq.
[x] Cynthia CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@cynthiaconlin.com
[ ] JENNIFER DAWN REED, ESQ.
Florida Bar No. 104986
Jennifer@cynthiaconlin.com
Secondary Email for Service:
Jeff@cynthiaconlin.com