UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61957-CIV-COHN/SELTZER

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

ROBERT DARE,

    Defendant.

_____/

**ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Extension of Time Within Which to Complete Discovery [DE 49] ("Discovery Motion") and Plaintiff's Motion to Exclude Defendant's Expert Witness or, in the Alternative, for an Enlargement of the Expert Discovery Period [DE 51] ("Expert Discovery Motion"). The Court has considered both motions and Defendant's response in opposition to the Discovery Motion [DE 54], and is otherwise advised in the premises. The Court will grant brief extensions of both the fact and expert discovery deadlines, and will extend the dispositive motion deadline to accommodate this additional discovery.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The pretrial scheduling order deadlines are modified as follows:

| | |
|---|---|
| Fact Discovery Deadline | October 14, 2015 |
| Expert Discovery Deadline | October 14, 2015 |
| Dispositive Motion Deadline | October 21, 2015 |

All other pretrial deadlines and the calendar call and trial date will remain

the same.

2.     Plaintiff's Motion for Extension of Time Within Which to Complete Discovery [DE 49] is **GRANTED in part and DENIED in part** consistent with this Order.

3.     Plaintiff's Motion to Exclude Defendant's Expert Witness or, in the Alternative, for an Enlargement of the Expert Discovery Period is **GRANTED in part and DENIED in part** consistent with this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 21st day of September, 2015.

JAMES I. COHN
United States District Judge

Copies to counsel of record via CM/ECF.