Page 1

1                    UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
2                      FORT LAUDERDALE DIVISION
3

MALIBU MEDIA, LLC,              )
4                               )
         Plaintiff,             )
5                               ) Civil Action No.
    v.                          ) 0:14-cv-61957-JIC
6                               )
    ROBERT DARE,               )
7                               )
         Defendant.             )
8    _____)
9
10
                              37 N. Orange Avenue
11                            Meeting Room
                              Orlando, Florida
12                            Monday, 1:33 PM - 3:43 PM
                              October 5, 2015
13
14
15        TELEPHONIC DEPOSITION OF THOMAS PARKER
16        Taken on Behalf of the Plaintiff before Vicki
17    Humphries, Court Reporter, Notary Public in and for
18    the State of Florida at Large, pursuant to
19    Plaintiff's Notice of Taking Deposition in the
20    above cause.
21
22
23
24
25

Page 2

```
 1              APPEARANCES
 2        FOR PLAINTIFF
 3        (Via Telephone)
 4   M. KEITH LIPSCOMB, ESQUIRE
        2 South Biscayne Boulevard
 5          Penthouse 3800
          Miami, Florida 33131
 6          (786)431-2228
          klipscomb@lebfirm.com
 7
         FOR DEFENDANT
 8
     CYNTHIA A. CONLIN, ESQUIRE
 9       1643 Hillcrest Street
          Orlando, Florida 32803
10          (407)965-5519
          cynthia@cynthiaconlin.com
11
         ALSO PRESENT
12
         (Via Telephone)
13        Michael Patzer
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1    INDEX OF TELEPHONIC DEPOSITION
          OF THOMAS PARKER
 2
                      Page No.
 3   Direct Examination by Mr. Lipscomb        4
 4   Certificate of Oath              74
 5   Certificate of Reporter              75
 6   Witness Review Letter              76
 7   Errata Sheet                  77
 8
 9        PLAINTIFF EXHIBITS
10   NO.      DESCRIPTION      REFERRED TO
11          NONE
12      (Exhibits referred to were pre-marked and
13   retained by Counsel.)
14        DEFENDANT EXHIBITS
15   NO.      DESCRIPTION      REFERRED TO
16          NONE
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   WHEREUPON:
 2          THOMAS PARKER,
 3   a WITNESS herein, acknowledged having been duly sworn,
 4   and testified upon his oath as follows:
 5      THE WITNESS:  I do.
 6        DIRECT EXAMINATION
 7   BY MR. LIPSCOMB:
 8    Q   Good morning, Mr. Parker.  Can you hear me all
 9   right?
10    A   Yes, I can hear you.  Can you hear me?
11    Q   I'm sorry?  I didn't hear your response.
12    A   Yes, I can hear you.  Can you hear me?
13    Q   I heard that well.  I didn't hear you say it
14   the first time.  My name is Keith Lipscomb.  I'm an
15   attorney and I represent Malibu Media in this matter.
16   Have you ever had your deposition taken before?
17    A   No.
18      MS. CONLIN:  Keith, can I interrupt real
19   quick?  I didn't know if you were going to
20   introduce Mr. Patzer, as we discussed before, when
21   the call started but --
22      MR. LIPSCOMB:  Sure, I will.
23      MS. CONLIN:  -- before the deposition started.
24      MR. LIPSCOMB:  For the record, I have on the
25   telephone with me, Michael Patzer.  He is the
```

Page 5

```
 1   person who designed and created the infringement
 2   detection system that Excipio uses.
 3      Today's deposition is a deposition of Tom
 4   Parker, who has written a report criticizing some
 5   of Excipio's processes and data.  To conduct the
 6   deposition, it is necessary for me to have Mr.
 7   Patzer listen in to it because the deposition will
 8   involve technical matters that will go above my
 9   level of sophistication, or it might.  And so I'm
10   having him sit in during the deposition in case I
11   need him, which I think is probably likely.
12      MS. CONLIN:  I'm objecting to the inclusion of
13   Mr. Patzer in this deposition.  He was not properly
14   noticed, and his presence here should not be
15   included.  I didn't know about it until just this
16   moment.
17      MR. LIPSCOMB:  Duly noted.
18   BY MR. LIPSCOMB:
19    Q   Mr. Parker, could you please spell your name
20   for the record?
21    A   T-O-M, P-A-R-K-E-R.
22    Q   And is it Tom or Thomas?
23    A   My full name is Thomas Parker, yes.
24    Q   How do you spell Thomas please?
25    A   T-H-O-M-A-S.
```

2 (Pages 2 - 5)

Page 6

Q I'm sorry. Could you tell me how to spell your first name?
A T-H-O-M-A-S.
Q Thank you. For the record, we're conducting this deposition via telephone, and it appears to be working. But if there are issues, I might have to ask you a question again or to repeat yourself if I don't hear you.
MS. CONLIN: I'm sorry to interrupt you. I did want to state another objection because the Plaintiff hasn't agreed to pay the expert for his time and expense in attending this deposition. So I did want to object in that respect.
MR. LIPSCOMB: Duly noted. The rules regarding payment of experts is well established and of course we will abide by them.
BY MR. LIPSCOMB:
Q Mr. Parker, could you state your current address?
A 5703 Red Bug Lake Road, Number 281. That's in Winter Springs, Florida 32708.
Q And since you haven't had your deposition taken before, let me go over some of the ground rules. Okay?
A Okay.

Page 7

Q Mr. Parker, are you there?
A Yes. I said okay.
Q I'm sorry, some --
A If you --
Q -- answers aren't coming through.
A -- need me to repeat anything, that's fine.
Q Okay. Mr. Parker, during this deposition, I'm going to ask questions and you're supposed to answer them. If at any time you don't understand one of my questions, let me know, and I'll rephrase. Do you understand?
A Yes.
Q If at any time you need a break, let me know. It's not a test of endurance or anything like that. I will accommodate at the next mutually -- not mutually -- but the next convenient point. Do you understand?
A Yes.
Q And also during the deposition, since the deposition is being transcribed by a court reporter, it's necessary for you to answer audibly. Sometimes in our daily lives we respond with headshakes and nods. The court reporter can't transcribe that well. Although sometimes they try. It's much better to respond audibly. Will you try to do that today?
A Yes, sir.

Page 8

Q Also, because the court reporter is transcribing everything that we say, it will make her job easier if only one of us is talking at a time. I'll try my best to do that. Will you try as well, please?
A Yes, sir.
Q Are you represented by counsel today?
A No.
Q Just so that you know, during depositions, all objections, Mr. Parker, are preserved except for objections to the form of the question. So during the deposition, Ms. Conlin might say things like, object to form, and that's perfectly proper. But if she does say things like that, you're still to answer the question. It's just preserving her objection for use later. Objections that are much more detailed than that are actually not allowed, and I don't expect that we'll have any today.
With that, oh, one more question I always ask at the beginning of the deposition: Are you taking any medication or anything that would adversely affect your memory?
A No.
Q Mr. Parker, how did you get involved in this litigation?
A Cynthia is a friend of a friend and she reached out to me and asked for some advice, and I e-mailed her back and then that's how it began.

Page 9

Q Great. Who is the friend?
A Her name is Annie and she's from a group that we're mutually in.
Q What was -- From a what that you're mutually in?
A She's part of a group that we're mutually in.
Q Which group is that, sir?
MS. CONLIN: Objection, this is completely irrelevant.
MR. LIPSCOMB: I appreciate that, Cynthia, you'll object to the form. That was not an objectionable form question.
BY MR. LIPSCOMB:
Q Mr. Parker, what group -- what group was --
MS. CONLIN: Object to form.
BY MR. LIPSCOMB:
Q -- are you in with Ms. Annie?
A I am in an Asperger's support group.
Q Did you know the Defendant in this case prior to the time that you were retained?
A The Defendant, do you mean Robert Dare?
Q Yes, sir.
A No, sir, I've never heard of him.

Page 10

1   Q   How much are you being paid for your testimony
2 or for your services?
3   A   My billing rate is $100 per hour.  Are you
4 referring to the work that I have done so far?
5   Q   I'm asking you what -- How are you being
6 compensated?
7   A   By check.
8   Q   How much are you being compensated?
9   A   So far, I've been compensated $500.
10  Q   What is your agreement related to
11 compensation?
12  A   Could you please clarify that?
13  Q   Sure.  Are you on a fixed fee or an hourly or
14 part fixed fee, part hourly?
15  A   It's part fixed fee and the additional rate
16 would be $125 per hour.
17  Q   One minute ago, you said it was $100 an hour.
18 Was that a mistake?
19  A   Yes, that was a mistake, sir.
20  Q   How much is the fixed fee?
21  A   For the pretrial initial study, it was $500.
22 Then any additional hours would be $125 per hour.  If
23 you'll excuse me, I deal with a lot of clients
24 throughout the day and they all have different rates.
25  Q   No problem.  Have you ever served as an expert

Page 11

1 in any other cases?
2   A   No, sir.
3   Q   Mr. Parker?
4   A   Yes.
5   Q   I'm sorry.  Did you hear the question?
6   A   I said, no, sir.
7   Q   Okay.  Let's get some general background
8 information about your education and work experience.
9 Okay?
10  A   Yes, sir.
11  Q   When did you graduate high school?
12  A   1993.
13  Q   Did you attend any college?
14  A   Yes, I attended ITT Technical Institute.
15  Q   From when to when did you attend ITT Tech?
16  A   I started ITT Tech in fall of '93 and I think
17 I was done with it in '94 or '95.  I don't recall the
18 exact date.
19  Q   Did you receive a degree?
20  A   No, sir.
21  Q   The answer to that was no, correct?
22  A   Yes.
23  Q   I'm sorry I'm having to ask a couple of times.
24 Sometimes the phone cuts out on the response.  I
25 apologize in advance if I have to do that a few times.

Page 12

1 It's not that I'm doing anything except it really is
2 cutting out a little.
3   Q   Were you a full-time student at that time?
4   A   While I was going to ITT, I was working the
5 entire time.
6   Q   You provided your resume in this matter,
7 correct?
8   A   Yes.
9   Q   Is everything on your resume truthful and
10 accurate?
11  A   To the best of my knowledge, yes.
12  Q   I'm going to move it along because I don't
13 want to belabor the background.  I have the resume.
14 Let's -- do you have in front of you your -- the report
15 that you gave?
16  A   Yes.
17  Q   I'd like to kind of go through that report
18 with you.  Beginning on Page 2, Section 3, Paragraph A,
19 beginning, "Plaintiff's data is not independently
20 verifiable and could have been manufactured," do you see
21 that?
22  A   Yes.
23  Q   For the record, just to create a record, I'm
24 going to read the first sentence.  "I opened the PCAPs
25 provided by Plaintiff and examined them.  The data,

Page 13

1 however, is not verifiable."  Mr. Parker, what did you
2 mean by verifiable?
3   A   It means that the data that was sent cannot be
4 authenticated because the PCAP itself is an editable
5 document.
6   Q   Understood.  Every piece of computer data that
7 is not saved on a worm drive or other uneditable
8 storage device is editable, correct?
9   A   No.
10  Q   What other types of data are uneditable?
11  A   Data that is backed up with a cryptographic
12 signature such as a bitcoin transaction.
13  Q   Sure.  So the data had an independent
14 cryptographic hash value here, then you can be sure that
15 it was the same data?
16  A   You can be sure it was the same data, however,
17 you cannot be sure it was edited beforehand.
18  Q   Correct.  Do you know who Excipio is?
19  A   No, I do not.
20      If you did not hear me, I said, no, I do not.
21  Q   Thank you, I heard you.  Do you know how they
22 store their data?
23  A   I do not have the details of how they store
24 their data, no.
25  Q   Do you have any facts -- Strike that.  Do you

4 (Pages 10 - 13)

Page 14

1 have any evidence that they used a hex editor to change
2 the PCAP or any of the PCAPs that were provided in this
3 case?
4    A   Since there would be no evidence of that, then
5 I would say no.
6    Q   Just to repeat that question, let me summarize
7 it. There is no evidence that you found that Excipio
8 changed any of the data in the PCAPs, correct?
9        MS. CONLIN: Object to form.
10   A   Did you hear Cynthia?
11 BY MR. LIPSCOMB:
12   Q   I heard her. You may answer.
13   A   There -- Could you ask the question one more
14 time?
15   Q   Sure. You do not have any evidence that
16 Excipio edited any of the PCAPs in this case, do you?
17   A   I can not have evidence that there wouldn't
18 be. An edited PCAP looks identical to an authentic
19 PCAP.
20   Q   So your answer is: No, you have no evidence,
21 correct?
22   A   My answer is what I just gave you.
23   Q   To understand your answer, your answer said it
24 looks like a real PCAP to me, is that correct?
25       MS. CONLIN: Object to form.

Page 15

1 BY MR. LIPSCOMB:
2    Q   You may answer.
3    A   Okay. It looks like a real PCAP.
4    Q   You would agree with me that PCAPs, if
5 they're -- Strike that. What is a PCAP, Mr. Parker?
6    A   It is a packet capture file.
7    Q   How are they created?
8    A   They can be created using tcpdump. They can
9 be created using Ethereal. There's probably other
10 softwares out there that I know of and they are
11 basically the traffic that occurs online.
12   Q   Is it a fair analogy to say that a PCAP is
13 akin to a video recording of a computer transaction, all
14 of the zeros and ones that are being transmitted between
15 two computers are being recorded; is that fair?
16   A   No. A video recording would be more difficult
17 to edit. A PCAP file can be edited using a hex editor.
18   Q   Do you have experience with video files?
19   A   I have an amateur level of experience with
20 video files. Basically stuff I would save on my phone
21 and camera and converting the formats.
22   Q   Sure. And you think it's harder to open up a
23 video file and edit it than it would be to open up a
24 PCAP and edit it?
25       MS. CONLIN: Objection. This question is

Page 16

1 outside the scope of the expert's assigned
2 experience.
3        MR. LIPSCOMB: I appreciate that, and you can
4    object to form, but this is a discovery deposition,
5    and I'd appreciate it if you would keep your
6    objections to the form.
7 BY MR. LIPSCOMB:
8    Q   You may answer.
9    A   Repeat the question, please.
10   Q   Sure. I want to make sure I understood your
11 prior testimony, which was, you thought it was easier to
12 edit a PCAP than it would be for somebody to open up a
13 video file and edit that; is that your opinion?
14   A   For me, it is easier to edit a PCAP than it is
15 to edit a video file.
16   Q   If data is written onto -- Strike that. Do
17 you know what a worm drive is?
18   A   Yes, a write once mini drive like a CD.
19   Q   And can data that is written on a worm drive
20 be edited?
21   A   No. However, the data could be edited before
22 it is written to the worm drive.
23   Q   Sure. How much time does it take to use a hex
24 editor and go in and edit a PCAP?
25   A   It took me three minutes.

Page 17

1    Q   I'm sorry? You broke up. How many minutes?
2    A   It took me three minutes.
3    Q   Three minutes?
4    A   Yes.
5    Q   Okay. And if Mr. Patzer were to testify at
6 trial that today he looked on his computer, Excipio's
7 system, and discovered that they had recorded 1,390,992
8 infringing transactions for all of their clients
9 collectively in the last 24 hours, it would take, what,
10 using a hex editor to change all of that and your
11 estimate, that would be 4,172,976 minutes using a
12 calculator if they were using a hex editor to edit all
13 of them and it takes three minutes for each one; that's
14 how long it would take, correct?
15       MS. CONLIN: Object to form.
16   A   Did you hear Cynthia's objection?
17 BY MR. LIPSCOMB:
18   Q   Yes. You may answer.
19   A   So the question is one more time, please?
20   Q   Sure. Excipio, and I'll lay the foundation at
21 trial through Mr. Patzer, logged 1,390,992 infringing
22 transactions for all of their clients collectively in
23 the last 24 hours. If they were editing using a hex
24 editor, according to your three-minute rule to do it,
25 that would take 4 million 172 minutes 976 -- 4,172,976

5 (Pages 14 - 17)

Page 18

1 minutes? That's just math, so.
2    A   Yes. That's if somebody had a hex editor, was
3 opening each file and changing it. That's not the only
4 -- a hex editor is not the only way to modify a file. A
5 file could be modified with, you know, a binary pipe
6 program on a unix command in the batch format. It could
7 vary from person to person. While it may take me three
8 minutes, it may take a trained system administrator five
9 minutes to create a script that can edit all of them.
10   Q   And have you ever looked -- I'm sorry, strike
11 that. Do you know who Malibu Media is?
12   A   No.
13   Q   Malibu Media is a company that creates adult
14 movies and it operates under the tradename X-Art. Do
15 you know what this case is about, Mr. Parker?
16   A   Yes, copyright infringement.
17   Q   Yes, of Malibu Media's works. And do you know
18 how the infringement was supposedly -- how the
19 infringement supposedly occurred?
20   A   According to what I have reviewed, it occurred
21 by a BitTorrent download.
22   MR. LIPSCOMB: Madam Court Reporter, would you
23 please give Mr. Park what I've previously marked as
24 Exhibit B?
25   MS. CONLIN: Keith, she only made one copy.

Page 19

1 So let me look at this first real quick.
2    MR. LIPSCOMB: Sure. Exhibit B is the first
3 three pages of the search results on a torrent
4 website called www Extra Torrent dot cc. It was
5 printed this morning by me at 11:21 and 26 seconds
6 a.m. The search that I was running in Extra
7 Torrent was for X-Art, which is the tradename that
8 my client goes under, the name of its website. So.
9    I printed the first three pages and you can
10 see which page is which --
11   MS. CONLIN: Is there --
12   MR. LIPSCOMB: -- by looking at bolded numbers
13 on the bottom, you'll see on the bottom it says,
14 one through nine, then a caret, and three more
15 carets. Page 1, and that's bolded, and you'll see
16 that. Then if you turn to, like, I think it's Page
17 5 of this composite exhibit, you'll see bolded is
18 number two. And turn --
19   MS. CONLIN: Keith, can I --
20   MR. LIPSCOMB: -- to a little bit further
21 down, you'll see bolded is page number three.
22   MS. CONLIN: Keith if I can --
23   MR. LIPSCOMB: That was for the record.
24 Cynthia, have you had a chance to look at this?
25   MS. CONLIN: I did, but I would like to make a

Page 20

1 copy. Are you going to be making a lot of
2 questions about the details? If you are, I want to
3 be able to see it while you're asking questions.
4 I've never seen this before, so I would like to be
5 able to run out of the room and make a copy, if
6 that's okay.
7    MR. LIPSCOMB: I have no objection to that.
8 It's not going to be a lot of questions.
9    MS. CONLIN: It will just take me --
10   MR. LIPSCOMB: If you want to --
11   MS. CONLIN: -- one minute --
12   MR. LIPSCOMB: -- do it, it's fine. You might
13 as well take Exhibit C with you because they're
14 together really. B and C is part of one line of
15 questions. Together they're about 40 pages. We'll
16 talk about both.
17   MS. CONLIN: I'm leaving the room now. I'll
18 be back.
19   MR. LIPSCOMB: We'll go off the record for a
20 minute.
21      (Off the record.)
22   MS. CONLIN: I just went out to make a copy.
23 And, you know, I object because I haven't ever seen
24 this before. It also appears to be created by
25 Counsel. Go ahead. I'm stating my objection.

Page 21

1 BY MR. LIPSCOMB:
2    Q   Mr. Parker, before we start on this, I want to
3 just talk with you briefly about BitTorrent. Do you
4 understand how BitTorrent works, sir?
5    A   Yes.
6    Q   Can you explain that to me in your own words?
7    A   BitTorrent is a decentralized file sharing
8 application that takes the file, breaks it up into
9 pieces, then uses that to share with other people who in
10 turn do the same.
11   Q   That's a pretty fair summary. Let's try to
12 create some jargon or agree on some jargon. What is an
13 initial seeder?
14   A   An initial seeder is the person that begins to
15 upload the file.
16      Did you miss that?
17   Q   No, I heard it. What is a seeder?
18   A   A seeder is a person that has the file or a
19 portion of the file and uploads portions of it.
20   Q   What is a leecher?
21   A   A person who downloads the file without
22 uploading.
23   Q   What is a dot-torrent file?
24   A   It is a file that contains metadata on where
25 to find the file and what the pieces of the file should

Page 22

1 look like.
2    Q    Does it also contain a directory of the
3 cryptographic hash values for each piece?
4    A    Yes.
5    Q    Mr. Parker, what is a cryptographic hash
6 value?
7    A    A cryptographic hash value is a unique value
8 that is calculated from that chunk of the file.
9    Q    And to use BitTorrent, does a person need to
10 have any specialized software?
11    A    Yes.
12    Q    And, in general, is that called a BitTorrent
13 client?
14    A    Yes.
15    Q    Are there several different types of
16 BitTorrent clients?
17    A    More than I can recall, yes.
18    Q    There's also websites that are involved in the
19 BitTorrent process, aren't there?
20    A    Yes.
21    Q    In general, those are called torrent websites,
22 correct?
23    A    Yes.
24    Q    Okay.  Now, with that as background, I would
25 like you to look at what I've previously marked as

Page 23

1 Exhibit B.
2    A    Okay.
3    Q    And you'll see that it comes from a website
4 called ExtraTorrent.cc, the World's Largest BitTorrent
5 System; do you see that at the top?
6    A    Yes.
7    Q    In the search bar I put "X-Art," do you see
8 that?
9    A    Yes.
10    Q    Looking down on the first page still, we can
11 go across at the bottom, and below the numbers where it
12 says one, two, three, four, five, six, seven, eight,
13 nine, you'll see size, S, L and Health, do you see that?
14    A    Yes.
15    Q    Do you know if S means seeder?
16    A    I would assume, yes.
17    Q    And L means leecher?
18    A    Yes.
19    Q    Have you ever used BitTorrent, Mr. Parker?
20    A    Yes.
21    Q    Which torrent websites do you use, sir?
22    A    I don't really use torrent websites.  What I
23 use BitTorrent for is downloading linux distributions.
24 Typically what that is, is you go and you have options
25 to download.  They give you a direct download, HTTP.

Page 24

1 There's an FTP option.  Then there's a torrent option.
2 In the past, I've always chose the torrent option
3 because it's the fastest.
4    Q    I want you to kind of thumb through Exhibit B,
5 and tell me if you see that there are seeders and
6 leechers for Malibu's works taking into mind I only
7 printed the first three pages of the search results.
8    A    Yes.  According to what you have printed, it
9 appears there are plenty of seeders and leechers for all
10 of these files.
11    Q    Then I want to draw your attention to what I
12 marked as Exhibit C.  For the record, I'm going to lay
13 the foundation.  What I did with Exhibit C is I put --
14 it's a cut and paste of the pounds and rows from Exhibit
15 B that I cut and pasted into an Excel spreadsheet this
16 morning in preparation of this deposition.  I added up
17 the number of seeders and leechers from the first three
18 pages.  There's many, many pages on Extra Torrent.  From
19 the first three pages, Mr. Parker, can you turn to the
20 last page of Exhibit C?
21    A    Yes, I'm already there.
22    Q    Can you see where I summed up the seeders and
23 then the leechers and then the total?
24    A    Yes.
25    Q    Can you read the number of seeders from the

Page 25

1 first three pages, please?
2    A    The number of seeders is 51,417.
3    Q    And leechers?
4    A    29,052.
5    Q    And total numbers of seeders and leechers from
6 the search result this morning?
7    A    80,469.
8        MS. CONLIN:  I want to add another objection.
9    These exhibits are not properly authenticated.
10    They were created by Counsel.  I have no way of
11    authenticating them at all.  I want to object to
12    the exhibits in general, again, both B and C.
13        MR. LIPSCOMB:  I appreciate that, Ms. Conlin.
14    We can actually do this at trial or I can have
15    Mr. Parker do it on his computer at trial.  They
16    are what they are.  I've made the representation
17    and laid the foundation, but I appreciate the
18    objection.
19 BY MR. LIPSCOMB:
20    Q    Mr. Parker, it's possible that the
21 registrations at the US Copyright Office have been
22 altered through a hex editor, isn't it?
23    A    I don't know.  I don't work for the US
24 Copyright Office.
25    Q    You don't work for Excipio either, but you

7 (Pages 22 - 25)

Page 26

1  said it's possible they did it. There's no difference
2  between them and Excipio with respect to your knowledge,
3  sir. I'm asking you, is it possible, just as possible,
4  that the Copyright Office edited their registrations?
5      A   It depends on what format the Copyright Office
6  registrations are in. Are they in PCAP files?
7      Q   Do they need to be?
8      A   I don't know. Again, I don't work for the US
9  Copyright Office.
10     Q   You can change the data in a Word document
11 using a hex editor, can't you?
12     A   That would be more difficult because a Word
13 document isn't a proprietary binary format.
14     Q   So the answer was, yes, correct?
15     A   I would say it would be near impossible for --
16 Well, I couldn't do it. Let's just say that. I could
17 edit a Word document by opening it and saving it.
18 However, if I were to put a hex editor to a Word
19 document, I would risk the chance of corrupting it.
20     Q   You could manipulate the unallocated space of
21 a computer using a hex editor, too, correct?
22     A   Yes.
23     Q   You don't have any more evidence that the
24 Copyright Office changed its registrations with a hex
25 editor than you do that Excipio did, do you?

Page 27

1      MS. CONLIN: Object to form.
2      A   Again, I don't know how the US Copyright
3  Office stores their data, and I'm only really familiar
4  with the PCAP file for this case.
5  BY MR. LIPSCOMB:
6      Q   So the answer was, no, you have no more
7  evidence that the Copyright Office manipulated its data
8  than you do for Excipio, correct?
9      A   I can't answer that because the US Copyright
10 Office stores their data in a different file format.
11 You're asking --
12     Q   Let me --
13     A   -- me to --
14     Q   -- ask if --
15     A   Let me finish. You're asking me to compare
16 apples to oranges.
17     Q   I'm sorry? I can't hear you. Are you still
18 talking?
19     A   You're asking me to compare apples to oranges.
20 You're saying US Copyright Office versus Excipio. The
21 US Copyright Office keeps their data in a very different
22 format, it's true, than Excipio does.
23     Q   IMB creates PCAPs, don't they?
24     A   Yes.
25     Q   Do you have any more evidence that IBM's PCAPs

Page 28

1  have been altered than you do Excipio's PCAPs?
2      A   I don't work for IBM. IBM could have altered
3  their PCAPs, if that's what they were doing. I guess
4  I'm not really understanding where you're trying to go
5  here.
6      Q   Well, you don't work for Excipio either, do
7  you?
8      A   No, I do not.
9      Q   Let's just go with a different one. Citrus
10 creates PCAPs, don't they?
11     A   I don't know. I would assume that one of
12 their system administrators had to do that before.
13     Q   Do you have any evidence that Excipio has
14 changed its PCAPs than you do Citrus has changed its
15 PCAPs?
16     A   No.
17     Q   In fact, I could do this with 20 different
18 technology companies and your answer would be the same
19 in every instance, correct?
20     A   Yes.
21     Q   Because you have zero evidence that Excipio
22 changed its PCAPs, isn't that true, sir?
23         MS. CONLIN: Objection to form.
24     A   No, I do not have any evidence that the PCAPs
25 have been modified. However, the PCAPs could be

Page 29

1  modified because there is no way to authenticate them.
2  BY MR. LIPSCOMB:
3      Q   You didn't hear anybody modify Excipio's
4  PCAPs, did you?
5      A   No.
6      Q   You didn't see anybody modify Excipio's PCAPs,
7  did you?
8      A   No.
9      Q   I'm sorry, sir, I didn't hear your answer.
10     A   No.
11     Q   You didn't touch -- you didn't touch anybody
12 who was modifying Excipio's PCAPs, did you?
13     A   No.
14     Q   You didn't smell anybody who was modifying
15 Excipio's PCAPs, did you?
16     A   I don't think that would be possible.
17     Q   So your whole conclusion here is based --
18 Strike that. Sorry, the last one, and I'm sorry I have
19 to go through the five senses, but it relates to a legal
20 point. You didn't taste anybody modifying Excipio's
21 PCAPs, did you?
22     A   No, sir.
23     Q   It goes to a standard in law. I'm sorry I
24 have to ask those kind of crazy questions.
25         Now, are you familiar at all with the way that

8 (Pages 26 - 29)

Page 30

1 Excipio stores its data?
2    A   Beyond what is in the report, no.
3    Q   So if Mr. Patzer came online at trial and
4 testified that, again, 1,390,000 transactions were
5 recorded for all its clients collectively over the last
6 24 hours from today, you would have no reason to
7 disbelieve him, correct?
8    A   No reason to -- What was the last part?
9    Q   To not believe him, correct?
10    A   I have no reason to believe him without seeing
11 how the whole system works.
12    Q   Sure.  But you have no reason not to believe
13 him either, do you?
14    A   I'm personally a skeptic, so I tend to not
15 believe anything until I see evidence.
16    Q   Is it possible to write PCAP data on to a worm
17 tape drive?
18    A   Yes.
19    Q   Again, worm tape drives are not editable after
20 they've been written on to, correct?
21    A   Yes.
22    Q   I'm sorry, Mr. Parker, I didn't hear your
23 answer.
24    A   Yes.  If you didn't hear, I said yes.  I'm
25 just going to wait like three seconds before I answer.

Page 31

1 I think that's the key.
2    Q   Thank you, sir.  Just talking about your
3 analysis of the Excipio system, you never reviewed their
4 servers, did you, sir?
5    A   No.
6    Q   You never reviewed their BitTorrent client,
7 did you, sir?
8    A   No, I never reviewed their BitTorrent client.
9 However, in the PCAP, it appears to be listed there.
10    Q   And you never looked at worm tape drives on
11 which the data is saved and then retrieved, did you,
12 sir?
13    A   Are you referring to in general or your worm
14 tape drives or Excipio's worm tape drives?
15    Q   For this line of questioning, sir, I'm
16 referring to Excipio only.  Did you ever review any worm
17 tape drives from which PCAPs were pulled?
18    A   No.
19    Q   Did you see the German timestamp that was put
20 on to each one of those tape drives?
21    A   No.
22    Q   I'm sorry, sir, I didn't hear your answer.
23    A   No.
24    Q   Did you know that we offered to produce those
25 at the Defendant's expense to Ms. Conlin and the

Page 32

1 Defendant?
2       MS. CONLIN:  Object to form.
3    A   Did you hear Cynthia's objection?
4 BY MR. LIPSCOMB:
5    Q   I heard her objection.  Did you know that we
6 offered to produce the worm tape drive with the German
7 timestamp that contains the PCAPS to the Defense in this
8 case at their cost, did you know that?
9    A   No, I did not.
10    Q   Did you know, sir, that Excipio is the largest
11 collector of any privacy data, BitTorrent privacy data,
12 in the country?
13       MS. CONLIN:  Objection.
14 BY MR. LIPSCOMB:
15    Q   I'm sorry, in the world -- strike that -- in
16 the world?
17       MS. CONLIN:  Object to form.
18    A   Cynthia objected to form.  And I did not know
19 that.
20 BY MR. LIPSCOMB:
21    Q   Did you know that their data has been accepted
22 by courts in the United States, Australia, England,
23 Germany and other countries, sir?
24       MS. CONLIN:  Object to form.
25    A   No.

Page 33

1 BY MR. LIPSCOMB:
2    Q   Did you know that their system was designed
3 specifically to create forensically sound data?
4    A   I don't know of the intentions of the design
5 of the system.  I'm not really sure how to answer that
6 question.
7    Q   With respect to your opinions on Page 2 and 3,
8 sir, your opinion really boils down to this, and tell me
9 if I'm right, that any PCAP can be -- can be edited --
10 is that correct?
11    A   Yes.
12       I answered yes to your question, if you didn't
13 hear me.
14    Q   I heard you.  You have no evidence that
15 Excipio created false PCAPs, do you, sir?
16    A   No.
17    Q   Let's move on to Page 4, please, Mr. Parker.
18 This is the section B of your report.
19    A   I'm there.
20    Q   Okay.  The way that torrent works is it takes
21 a movie file and divides it up into pieces, is that
22 correct?
23    A   Yes.  It doesn't necessarily have to be a
24 movie file.  It can be any type of file.
25    Q   Thank you.  And so the PCAP file which you

Page 34

1 reviewed with this long cryptographic hash value, did
2 you ascertain whether that was one piece of the file?
3     A   You mean one piece of the larger PCAP?
4     Q   No, sir; one piece of a file that was
5 transmitted via BitTorrent.
6     A   I ascertained it was a few pieces, if I
7 recall.
8     Q   Are you sure about that?
9     A   Well, the PCAP I was given to exam was 67
10 kilobytes.  So I do not believe that's going to be the
11 entire file.
12     Q   I agree with you.  But is that consistent with
13 the size of one piece or multiple pieces of the file?
14     A   67K, it's difficult to say because I don't
15 have a computer in front of me.  That's typically how I
16 do that.  I could open it up and analyze and tell you
17 how much of the file is the alleged torrent and how much
18 of that is metadata.
19     Q   Were you able to ascertain whether this was
20 one or more pieces of the movie file to which we alleged
21 it correlated?
22     A   It was one or more, but a small fraction of
23 the actual file.
24     Q   Mr. Parker, you've used BitTorrent.  What's
25 the purpose of using BitTorrent?

Page 35

1     A   BitTorrent is a way to transfer files to a
2 large group of people by sharing upload and download
3 bandwidth.
4     Q   When the people, we'll call them peers, and
5 for the record, "peers," meaning the people who are
6 participating in the transfer of the data between and
7 among each other; is that correct?
8     A   Yes.
9     Q   And the peers are operating in what BitTorrent
10 jargon calls a swarm, correct?
11     A   Yes.
12     Q   So does one peer typically transmit the entire
13 file to another peer in a BitTorrent swarm?
14     A   It is possible.  However, the likelihood of
15 that happening, if there is large enough swarm, is slim.
16     Q   The entire purpose of BitTorrent as opposed
17 to, say, Gnutella, another peer-to-peer network, is to
18 disaggregate the distribution, correct?
19     A   Yes.
20     Q   And the purpose of using BitTorrent is to
21 obtain a complete copy of the file which you are
22 downloading and distributing, correct?
23     A   For most people, yes.
24     Q   So if you obtain evidence of several pieces
25 being transferred from a particular person, if they're

Page 36

1 like most people, then you can assume that they intended
2 to get the whole file, correct?
3         MS. CONLIN:  Object to form.
4     A   No.
5 BY MR. LIPSCOMB:
6     Q   I'm sorry?  I didn't hear her.
7     A   Cynthia said, "object to form."
8     Q   Did you understand the question, sir?
9     A   Repeat it one more time, please.
10     Q   Sure.  If a person was to obtain evidence
11 that, in this case, Excipio, Excipio obtained evidence
12 that pieces were being transmitted via Defendant's IP
13 address; do you understand that?
14     A   Yes.
15     Q   And the pieces correlate to a specific movie;
16 you understand that, too, correct?
17     A   Yes.
18     Q   And since the purpose of BitTorrent is to
19 obtain the whole file, it logically follows that's
20 likely what occurred, correct?
21     A   I disagree that the purpose of BitTorrent is
22 to obtain the whole file.  It's possible someone could
23 start downloading a file and realize it's the wrong one.
24 It's possible somebody could be using BitTorrent to be
25 the initial seeder of a file.  There are other purposes.

Page 37

1     Q   You mean there's other possibilities?
2     A   Other purposes.
3     Q   The purpose is to obtain a complete copy if
4 you're using it, correct?
5     A   No.  If I had a file that I wanted to share on
6 BitTorrent, then my purpose is to share the file, not to
7 obtain it, because I already have it.
8     Q   One purpose could be to seed my client's
9 works, thereby distributing them to thousands of people
10 illegally, or the other one can be to join the swarm and
11 obtain a full copy; is that correct?
12         MS. CONLIN:  Object to form.
13     A   Again, not everybody that goes to BitTorrent
14 wants the entire file.  It is possible to actually only
15 download pieces of a torrent file because a torrent file
16 doesn't necessarily just contain one file.  It can
17 contain several.
18         So if I were to go and if I'm trying to
19 download a version of Ubuntu Linux that has three
20 different ISO files in it, and I only want the one, I
21 can tell my BitTorrent client to only download that one
22 part.
23 BY MR. LIPSCOMB:
24     Q   Let's talk specifically about my client's
25 works.  You understand my client makes adult movies,

10 (Pages 34 - 37)

1 correct?
2    A   Yes.
3    Q   So if somebody started to download an adult
4 movie, do you believe that it's likely that they wanted
5 to obtain a viewable movie file to watch the movie?
6        MS. CONLIN:  Object to form, speculation.
7    A   That's a possibility.
8 BY MR. LIPSCOMB:
9    Q   Mr. Parker, are you still there?
10    A   Yes.  My answer was:  That is a possibility.
11    Q   I appreciate that.  Are you resisting saying
12 that it's likely because you're testifying for the
13 Defense?
14    A   No.  I'm saying that because it's possible
15 that somebody could start to download a file and realize
16 it's possible they clicked on the wrong link.
17    Q   You think that's likely if somebody
18 downloaded, say, 20 different excerpt files?
19    A   Not in that case.
20    Q   That seems like an intentional and volitional
21 act, doesn't it?
22        MS. CONLIN:  Object to form.  It's calling for
23     a legal conclusion.
24 BY MR. LIPSCOMB:
25    Q   Mr. Parker, did you understand the words that

1 I used?
2    A   Yes.  It sounds like you're asking for a legal
3 conclusion.
4        MR. LIPSCOMB:  First, Ms. Conlin, please keep
5     your objections to the form because you just
6     coached him.
7 BY MR. LIPSCOMB:
8    Q   Second, my question to you was, Mr. Parker, do
9 you understand what the word "intentional" means?
10    A   Yes.
11    Q   So the question was if somebody clicked on 20
12 different excerpt torrent files, does that sound like an
13 intentional act?
14    A   It sounds like they wanted to download 20
15 different files.
16    Q   Of Malibu Media's adult content, correct?
17    A   Yes.
18    Q   I want to turn to Page 5, Mr. Parker, and look
19 at Section D of your report.  Okay?
20    A   Yes.
21    Q   The title of this section is, "Some of the
22 data has been deleted or removed."  Do you see that?
23    A   Yes.
24    Q   And then your second sentence reads, "For
25 example, the PCAPs completely lack any UDP (User

1 Datagram Protocol) data."  Do you see that?
2    A   Yes.
3    Q   When two computers are transmitting data
4 through BitTorrent and only one has UDP enabled, is it
5 possible to transmit UDP data?
6    A   It's possible to transmit it.  The receiving
7 side probably will not receive it.
8    Q   So if Excipio testified that it doesn't have
9 UDP, doesn't that explain why there is no UDP data in
10 the PCAP?
11    A   It is possible that that could be an
12 explanation.  However, if you were doing packet capture
13 on a system in front of the system that you were running
14 the torrent client, there should have been UDP traffic
15 based on my previous experience with seeing BitTorrent
16 activity on a network.
17    Q   Mr. Parker, UDP data does not -- I'm sorry --
18 Strike that.  When two computers exchange UDP data, they
19 do not start the exchange with a handshake, do they?
20    A   No, they do not.
21        No, they do not, if you didn't hear me.
22    Q   Thank you.  And UDP data can be spoofed,
23 correct?
24        MS. CONLIN:  Objection to form.
25 BY MR. LIPSCOMB:

1    Q   Did you understand my question?
2    A   Yes, UDP data can be spoofed.
3    Q   So if Excipio testified that they
4 intentionally do not transmit data using UDP data
5 because it can be spoofed, but instead, relying on TCP
6 backslash IP connections, that would be a logical
7 explanation for why UDP isn't in there; correct?
8    A   That is one possible explanation, yes.
9    Q   And you have no reason to challenge that
10 explanation, would you, sir?
11    A   I would have no reason to challenge that
12 explanation if it can be shown in a verifiable way, that
13 the data was not filtered.
14    Q   What do you mean "filtered," sir?
15    A   When you capture traffic on the wire, you can
16 filter what is captured.
17    Q   Is there any evidence that the PCAP that we
18 gave you other than the missing UDP data has been
19 filtered?
20    A   Yes.
21    Q   What evidence are you referring to, sir?
22    A   The PCAP file is less -- is smaller than the
23 actual alleged movie file.
24    Q   The PCAP file shows one piece being
25 transferred only, sir.  Did you understand that?

Page 42

1  A  Yes.
2  Q  And every -- You also saw in this case the
3 MySQL log file, correct?
4  A  Yes.
5  Q  I'm sorry?  I didn't hear your answer.
6  A  Yes.
7  Q  So every PCAP that we gave to you and to
8 Defendant evidenced one piece, one bit, that was being
9 transferred.  Did your Counsel tell you that that's what
10 we told her?
11  A  Yes, I believe she did.  I don't recall
12 exactly.
13  Q  Does the size of the PCAP, although smaller
14 than the entire movie, does not event a partial PCAP,
15 does it?
16  A  Repeat that question.
17  Q  The size of the PCAP that you analyzed knowing
18 that it was only the transmission of one piece of the
19 file does not evince a partial PCAP, does it?
20  A  Does not evince a partial PCAP?
21  Q  Yes.  Do you understand the question?
22  A  Perhaps you want to use a word other than
23 "evince."
24  Q  Give me a minute to try to formulate a line
25 here.

Page 43

1  A  Okay.
2  Q  The logic of your argument, sir, is that PCAP
3 file that you analyzed was smaller than the entire movie
4 file, and therefore, it must be a partial PCAP; is that
5 correct?
6  A  Yes.
7  Q  Does it change your conclusion to know that
8 the PCAP file that you analyzed is only the recording of
9 one piece of the entire movie file being distributed?
10  A  No.  The evidence that was presented to me is
11 that this PCAP shows the movie being transmitted.  So my
12 response was, that it's only a piece of the movie.
13  Q  I'm sorry?  I think I heard you.  So
14 Ms. Conlin told you to assume that this was the entire
15 movie being transferred?
16  A  No.  She actually hired me to open the PCAP
17 files because she didn't have the means to do so
18 herself.
19  Q  So with the understanding that the PCAP is
20 just one piece of the movie, you would agree then, that
21 it should be smaller than the entire movie file?
22  A  Yes.
23  Q  Did you look and see if the piece that was
24 transmitted in that PCAP correlates to the hash value of
25 a piece as listed in the doc-torrent files list of

Page 44

1 cryptographic hash values?
2  A  Yes, it does correlate to a piece of a file.
3  Q  So we can agree that the PCAP that you
4 received is not a PCAP of an entire transmission from
5 the seeder to Excipio's server of the entire movie file,
6 you would agree with that statement?
7  A  The PCAP is not the entire movie file, no.
8  Q  But it is a transmission of a piece?
9  A  Yes, it is a transmission of a piece of a
10 file.
11  Q  Were you told that we claimed that the PCAP
12 was the entire movie file?
13  A  No.
14  Q  You were not told that?
15  A  No.
16  Q  But you claim in here that it appears to be
17 filtered?
18  A  Yes.  If you allege that they downloaded the
19 entire file, and you present a PCAP that is only 67KB in
20 size, then I assume that you would have the rest of it.
21  Q  So what you're saying is that this does not --
22 Strike that.  Does it appear to be a filtered
23 transmission of a piece?
24  A  It doesn't appear either way.
25  Q  So you have no evidence to suggest that it was

Page 45

1 a filtered transmission of a piece?
2  A  No.  PCAPs are like that though.  You can have
3 a PCAP that is a filtered capture of a network, and you
4 could have a capture for only a few minutes or you can
5 have it capture everything the entire time.
6  Q  Mr. Parker, did Ms. Conlin advise you that in
7 our discovery responses we indicated that we had more
8 than one piece for each one of the movie files?
9  A  She had mentioned that you had.  She has not
10 given me any of your evidence that you have that.
11  Q  Did she tell you that we made it available if
12 the Defense would pay for it?
13  MS. CONLIN:  Object to form.
14  A  I don't recall.
15 BY MR. LIPSCOMB:
16  Q  To summarize your opinion in this section,
17 with the understanding that the PCAP that you're looking
18 at is of a piece, you have no evidence that it's been
19 filtered, correct?
20  A  No, I don't have any evidence that it's been
21 filtered.
22  Q  And you testified that you believe that if
23 Excipio said it did not enable UDP because that was
24 susceptible to spoofing, that that was a logical
25 explanation for why that data was not in the PCAP;

12 (Pages 42 - 45)

1 correct?
2     A    That is one possible explanation, yes.
3     Q    And you have no knowledge that Excipio has
4 seeded any of Malibu's files, have you?
5     A    No knowledge.
6     Q    I'm sorry, I'm hearing some whispering.  I
7 didn't hear that.
8         MS. CONLIN:  Oh, I'm sorry.  I told the court
9 reporter that this must be very boring for her.
10        MR. LIPSCOMB:  That's okay.  I'm sorry this is
11 boring.  I'm just trying to get through it and to
12 do as best I can.
13        MS. CONLIN:  I was trying to make light of the
14 situation because there was a long pause.
15 BY MR. LIPSCOMB:
16    Q    Mr. Parker, with the explanations that we've
17 given, you would withdraw your conclusion that the
18 integrity of the files is questionable, wouldn't you?
19    A    No.  These files, they could have been edited,
20 as I said.
21    Q    Okay.  But you have no evidence of that?
22    A    No, I don't have evidence of that.
23    Q    Let's move on to Paragraph E on Page 5.  Okay?
24        MS. CONLIN:  Keith, before we begin, I want to
25 clarify something.  It says, "Patrick Paige's

1     Report," and the reason it says that is because I
2 presented the data as being Patrick Paige's report,
3 but I think he's not necessarily the one who made
4 it.
5         When I received the evidence in my office, it
6 came from Patrick Paige.  When I talked to Jessica
7 from your office on the phone, she led me to
8 believe it was coming from him and that he had
9 created them.  That's just to explain.
10        MR. LIPSCOMB:  I appreciate that because that
11 was a source of confusion on our end.
12 BY MR. LIPSCOMB:
13    Q    The reports, sir, for the record, they're
14 created by Mr. Patzer.  Mr. Paige just transmitted them
15 to you as part of the chain of custody.  Mr. Parker, do
16 you understand that?
17    A    Yes.
18    Q    So these reports were actually created by Mr.
19 Patzer, who created and implements and monitors the
20 system for Excipio; do you understand that?
21    A    Yes.
22    Q    And these reports, we call them technical
23 reports, and you've reviewed these; that's correct?
24    A    Yes.
25    Q    And your conclusion regarding these reports is

1 they're incomplete; is that correct?
2     A    The PCAPs are incomplete and data is
3 unverifiable is the general conclusion.
4     Q    I'm talking just now about Section 5 of your
5 report.  I'm sorry, Section E, Pages 5 and 6 of your
6 report.  For the record, I'll --
7     A    I've got it.
8     Q    "I examined the reports Plaintiff served along
9 with the PCAP files.  The reports say they were created
10 by Patrick Paige.  I noticed differences between the
11 reports and the data in the PCAPs.  The report for file
12 hash," and there's a long cryptographic hash value
13 beginning with 91.  Continuing on with the quote, "for
14 example, contains only 61 entries, whereas the PCAP
15 contains 181 entries.  Likewise, the other reports also
16 failed to completely match the corresponding PCAP.
17 Therefore the reports are incomplete."
18        So this section of your report, Mr. Parker, is
19 your conclusion that the technical reports are
20 incomplete?
21    A    Yes, the technical reports had different
22 amount of entries than the actual PCAP files.
23    Q    Did you compare whether any of the entries in
24 the technical report were not also in the PCAP?
25    A    Could you repeat that one more time?

1     Q    Did you compare whether any of the entries
2 that were set forth on the technical report were not in
3 the PCAPs?
4     A    Yes, in Section F.
5     Q    Section F deals with a MySQL log file.
6     A    I'm sorry, excuse me.
7     Q    We're talking about one PCAP.  Every technical
8 report relates to one PCAP.  I asked the question, for
9 example, the one that contains 61 entries, did you see
10 if all 61 of what was set forth on the technical report
11 were also in the 181 that are in the PCAP?
12    A    I don't recall.
13    Q    So you have no evidence to suggest that the 61
14 line items in the technical report were not in the PCAP,
15 is that correct?
16    A    One more time with that question.
17    Q    Yes.  You have no evidence or no reason to
18 believe that the 61 entries in the technical report do
19 not accurately correlate to 62 of the 181 entries in the
20 PCAP, 61, I'm sorry, of the 181 entries in the PCAP?
21    A    Maybe I'm missing something here.
22    Q    Let me try again.  Can you hear me,
23 Mr. Parker?
24    A    I can hear you.  It's just that I don't have
25 the technical report in front of me.  I have my report,

13 (Pages 46 - 49)

Page 50

1 but the technical report for that particular torrent, I
2 don't have with me right now.  To answer your question,
3 I can't, because I don't have that report with me at the
4 moment.
5     Q   But the conclusion is, is that the technical
6 report contains 61 entries and the PCAP contained 181
7 entries, is that correct?
8     A   Yes.
9     Q   So if Mr. Patrick testifies that he put only
10 61 entries in the technical report because he thought
11 that was the most relevant 61 entries and ignored the
12 other 121 entries because they were irrelevant, would
13 that explain the difference?
14     A   That would be one explanation, yes.
15     Q   And the technical reports actually show a
16 piece of my client's movie as broken up via BitTorrent
17 being transferred from an IP address to another IP
18 address, correct?
19     A   That's what the PCAP indicates.
20     Q   That's also what the technical report
21 indicates, correct?
22     A   Which is based on the PCAP.
23     Q   Yes, sir; but the PCAP has more information in
24 it than is necessary to communicate and show with
25 specificity that transaction, doesn't it, sir?

Page 51

1     A   No.  The PCAP only shows a portion of the file
2 being downloaded.  It does not show a complete download.
3     Q   It shows a complete piece being downloaded,
4 doesn't it?
5     A   Yes, a piece of a larger file that is about
6 6,500 times larger.
7     Q   Sure.  We talked about, again, the reason why
8 somebody would start 20 different downloads.
9     A   I'm just here for facts.  If the PCAP is
10 evidence that the complete file was downloaded, I
11 disagree only because the PCAP does not show the
12 complete file being downloaded.
13     Q   I appreciate that is a fact.  But you
14 also would agree with me that pieces being downloaded
15 through BitTorrent evince an intent to download the
16 complete file?
17         MS. CONLIN:  Objection.
18 BY MR. LIPSCOMB:
19     Q   That's generally the purpose of BitTorrent,
20 right?
21     A   Cynthia, could you please repeat?
22         MS. CONLIN:  Object to form.
23     A   Again, I'm here for facts, not for intent.
24 The fact is that this PCAP file does not contain the
25 entire video file.  I don't know what Mr. Dare's intent

Page 52

1 was, so I guess I don't have anything to say.
2 BY MR. LIPSCOMB:
3     Q   Let's move on to your conclusion in F.  I
4 think you might have misunderstood the evidence,
5 Mr. Parker, reading your report.
6     A   I think one of the things might have been
7 mislabeled.
8     Q   Well, the MySQL log file, each entry on it
9 correlates to a separate transaction of one piece; do
10 you understand that?
11     A   Yes.
12     Q   I'm sorry?  Did you say yes?
13     A   Well, yes, now I do.
14     Q   Okay.  And so during our discovery responses
15 with the Defense in this case, we told them that we
16 would give them one PCAP, which would evince one piece
17 being transmitted from the IP address to Excipio's
18 server for each movie, but if they wanted all of the
19 pieces that we had, they would have to pay for them.
20 Was that ever told to you?
21         MS. CONLIN:  Object to form.
22     A   I don't recall.
23 BY MR. LIPSCOMB:
24     Q   So you're making a statement here that the
25 PCAP doesn't have these timestamps in it, but we never

Page 53

1 produced the PCAPs with those timestamps because we
2 didn't think it was legally necessary and opposing
3 counsel and her client decided not to pay for them.
4         MS. CONLIN:  Objection.
5 BY MR. LIPSCOMB:
6     Q   Mr. Parker, would that help you understand why
7 these timestamps weren't in the PCAP that we gave you?
8     A   Well, if you were presenting something that
9 you said was evidence that Robert Dare downloaded an
10 entire video file, my assignment, as I understood it,
11 was to take the evidence that you presented, and see if
12 it was an actual complete download of the file.  And if
13 you are trying to get the Defendant to pay to download
14 the file, I don't understand that.  I figured that you
15 would present the entire evidence of the file download.
16     Q   We certainly did offer to make it available.
17 All they had to do was pay for pulling cost to get it.
18     A   If you --
19     Q   Again, one person never downloads a complete
20 file from another, do they, Mr. Parker, using
21 BitTorrent, or very rarely?
22     A   It depends on how many people are in the
23 swarm.
24     Q   In swarms like Malibu's, going back to Exhibit
25 B, you can have hundreds of thousands people in them, it

14 (Pages 50 - 53)

Veritext Legal Solutions

800-726-7007                                              305-376-8800

Page 54

1 makes sense you get the pieces from lots of different
2 people; right?
3     MS. CONLIN:  Object to form.
4 BY MR. LIPSCOMB:
5     Q    Did you understand the question, Mr. Parker?
6     A    It does make sense that you would get the
7 pieces from several different people.
8     Q    Thank you.
9     A    Do you have evidence that he had got that from
10 other people?
11    Q    He sent us a piece of the -- he sent us
12 numerous pieces for each copyrighted work, Mr. Parker
13    A    Do you have evidence that he has the whole
14 file?
15    Q    He started downloading about a score of these
16 files.  So, yes, we have evidence that he intentionally
17 went to torrent sites with the purpose of downloading
18 the entire movie files.  And also, what is a bit field
19 fuel value, Mr. Parker?
20    A    A bit field value?  I don't recall.
21    Q    Do you know that a bit field value tells you
22 how many pieces that a person has; does that ring a
23 bell?
24    A    Yes.
25    Q    So these pieces actually have bit field

Page 55

1 values, too, which shows how many pieces he's
2 downloaded.  But you didn't look at that, did you?
3     A    I haven't seen that, no.
4     Q    Even though that would have been contained in
5 even one PCAP that we gave to you, correct?
6     A    Again, you are talking about stuff I haven't
7 looked at yet, so I don't know.
8     Q    We gave you one PCAP for each one we gave
9 Defendants, one PCAP for each works at issue in this
10 case.  You understand that, correct?
11    A    Yes.
12    Q    You work with servers, don't you, Mr. Parker?
13    A    Yes.
14    Q    You know what a log file is?
15    A    Yes.
16    Q    Can you explain that to me?
17    A    A log file is used to keep a running log of
18 events on a system.
19    Q    So every time an infringing transaction --
20 Strike that.  When I say, "infringing transaction,"
21 Mr. Parker, what I mean, that is a transmission from an
22 IP address to Excipio that contained one of Malibu's,
23 a piece, of Malibu's movie.  Do you understand how I'm
24 going to use that word, those words?
25    A    Okay.

Page 56

1     MS. CONLIN:  I'm objecting to the words
2 "infringing transaction."
3 BY MR. LIPSCOMB:
4     Q    Do you understand how I'm going to use those
5 words, Mr. Parker?
6     A    Yes.  Did you hear Cynthia's objection?
7     Q    I did.  She objected to the form.
8     A    She objected to the term "infringing
9 transaction."
10    Q    Okay.  That's fine.  Using your knowledge of
11 servers, you could create a log of each one of those
12 infringing transactions, couldn't you?
13    A    You mean like falsify one?
14    Q    No, sir.  I mean you can create a computer
15 process through which the database would log each one of
16 those infringing transactions.  That's possible, isn't
17 it?
18    A    Yes, that's possible.
19    Q    So if Excipio comes in and says that is what
20 they did and that's what the MySQL log file is, you
21 would have no evidence, zero, to suggest that what
22 they're saying isn't truthful, would you?
23    A    I would have no evidence to suggest it was
24 truthful either.
25    Q    I appreciate that.  The answer is no evidence

Page 57

1 to say it was untruthful or truthful, one way or
2 another, you just have no evidence either way, correct?
3     A    Yes.
4     Q    That's fair.  But just to confirm the
5 testimony, you would agree it's possible to create such
6 a log, correct?
7     A    Yes, it's possible to create such a log.
8     Q    Okay.  This report says, "the MySQL log is
9 misleading because it makes it appear that an entire
10 video has been downloaded, when in reality, if anything,
11 the PCAP shows that only a small piece may have been
12 downloaded."  Do you see where it says that at the top
13 of Page 7?
14    A    Yes.
15    Q    Do you think that's a fair statement after I
16 tell you that we specifically, with great detail,
17 explained this to Ms. Conlin, what the evidence was,
18 that it was only one piece, and that we said so in
19 written discovery responses; is that still a fair
20 statement?
21    A    It's still a fair statement because you have
22 not provided evidence that he has downloaded the entire
23 file.  If you downloaded a couple of pieces allegedly
24 from his IP address and then you got the rest of the
25 file from other IP addresses, then you don't know if he

15 (Pages 54 - 57)

Page 58

1 had the entire file. You don't even know if it was his
2 computer that was doing that on the network.
3    Q    I think earlier you agreed that if somebody
4 started 20 such downloads, that their intent would be to
5 download the entire file. Do you remember that
6 testimony, sir?
7    A    Yes.
8    Q    And later in your report, you say BitTorrent
9 is really easy to use, so easy a kid can use it. Do you
10 remember that part of your report, sir?
11    A    Yes.
12    Q    The BitTorrent works to accomplish its
13 purposes, doesn't it, sir?
14    A    Just like any other software, yes.
15    Q    The purpose of the BitTorrent, in general, is
16 to obtain a file that you join to get the file. That's
17 generally the purpose; correct, sir?
18    A    That's one purpose, yes.
19    Q    Thank you. And so when we specifically state
20 that the MySQL log file that we are giving to the
21 Defense has each line item on it to just represent the
22 transmission of one piece, we said that, and that wasn't
23 necessarily misleading, was it?
24    A    Well, if you are trying to demonstrate that he
25 transferred one piece, then no.

Page 59

1    Q    If we say that with crystal clarity, absolute
2 crystal clarity in written discovery responses, that's
3 not a misleading statement, is it?
4        MS. CONLIN: Object to form.
5    A    Which statement is not misleading?
6 BY MR. LIPSCOMB:
7    Q    That the transactions on the MySQL log file
8 represents one piece being transferred?
9    A    That is not misleading.
10    Q    Mr. Parker, do you know what a distributed
11 hash table is?
12    A    Yes.
13        Yes, if you didn't hear my answer.
14    Q    Thank you. Do you know how BitTorrent uses
15 distributed hash tables?
16    A    The technical details of it, I would have to
17 have a computer in front of me, but I believe it takes
18 the torrent file and turns the torrent file into a hash,
19 which can be used to find the torrent file to download
20 the torrent, or to download the file that the torrent
21 links to.
22    Q    Do you know if distributed hash tables can be
23 used to identify the IP addresses of peers in a swarm?
24    A    If I recall correctly, the distributed hash
25 table can be used to identify current or possibly former

Page 60

1 peers in a swarm. As I recall it, people kind of drop
2 off, but they don't drop off the hash table.
3    Q    Yes. They do drop off the hash table at some
4 point, do you know that?
5    A    I do know that. I don't know what the timing
6 is on that. I would have to look at the protocol
7 specification.
8    Q    But, generally, if you identify somebody
9 through a DHT process or distributed hash table process,
10 that means that they were or are peers in a swarm?
11    A    I don't know off the top of my head. I would
12 have to look into that.
13    Q    There's really no good reason for an IP
14 address being broadcasted through a DTH distributed hash
15 table as being a peer in a swarm unless they actually
16 were, is there?
17    A    I don't recall. I would have to look at the
18 protocol specification for BitTorrent.
19    Q    Let's talk about this statement on G on Page
20 7, "Plaintiff's additional evidence is not independently
21 verifiable and does not constitute evidence of
22 downloading."
23        The part of this that I want to talk to you
24 about is evidence of downloading. That's where I think
25 you might have overreached.

Page 61

1        Is there any reason to have a random person's
2 IP address connected to a swarm unless they were a
3 participant in it?
4    A    It's tough to answer that question because
5 when you say a person's IP address, you're not really
6 referring to a person. You're referring to the router
7 on their network.
8    Q    Is there any reason to have a router IP
9 address -- Strike that. Let's get some more jargon on
10 the record. What is an IP address?
11    A    Internet Protocol Address. It's a unique
12 identifier that identifies a system or host on the
13 Internet.
14    Q    IP addresses correlate to what?
15    A    They could be a server, could be a router. It
16 could be a computer. It could be, well, in this case,
17 public IP addresses. It typically isn't a phone.
18    Q    And in this case, the Defendant had a router,
19 correct?
20    A    Yes. I believe I have the manual for that
21 somewhere. I believe he had a Netgear router and a
22 Motorola cable modem.
23    Q    The Net router was assigned a specific IP
24 address, correct?
25    A    Yes, it was assigned an IP address by his ISP.

16 (Pages 58 - 61)

1   Q   Correct.  Then different computers could log
2 on to the router, correct?
3   A   Yes, using private IP addresses.
4   Q   Okay.  So is there any reason that the IP
5 address assigned to a router would be connected with a
6 swarm, a BitTorrent swarm, other than that somebody,
7 maybe not Defendant, but somebody was using the router
8 to participate in the swarm?
9   A   Ask that question one more time.
10   Q   Is there any reason that you can think of that
11 an IP address associated with a router would be being
12 broadcast as a participant in a distributed hash table,
13 as being a participant in a swarm, associated with that
14 swarm, other than it was associated with that swarm?
15   A   The IP address in the swarm would be the IP
16 address of the router, not necessarily the IP address of
17 the person using the BitTorrent client.  The router
18 hides the IP address of the client since they are
19 private IPs.
20   Q   Let's be very specific about this.  The router
21 is used by more than one computer, correct?
22   A   It has the ability to be used by more than one
23 computer, yes, or smart phone, or any other device that
24 has the ability to connect.
25   Q   Your answer to my question was, that the

1 router's IP address, if it was associated through a DHT
2 table, that someone using that router was a participant
3 or a peer in that swarm; is that correct?
4   A   Yes.  If you were in a DHT table and that
5 router showed up in that DHT table, then that would mean
6 that somebody either connected hard wire or wirelessly
7 to that router is using BitTorrent.
8   Q   If somebody is a participant in a swarm and
9 the purpose of using BitTorrent is to download and
10 distribute works, doesn't that mean that that's some
11 evidence of downloading or distributing?
12   A   The purpose is to download and distribute
13 files.
14   Q   Correct.  And so if a person is a peer in a
15 swarm, that means they're in there for the purposes of
16 downloading and distributing the file, correct?
17   A   No, it means that they're in there to begin
18 the download.  Now, if somebody clicks and then they hit
19 cancel and close it, then they could appear in the
20 swarm, but not be actively participating.
21   Q   It's always logically possible that somebody
22 could use BitTorrent to mistakenly go into a swarm.
23 I'll give you that.
24   A   My purpose here is for facts.  I'm trying to
25 stay away from the whole intent.

1   Q   I appreciate that, but you're making
2 conclusions with a purpose, Mr. Parker; do you
3 understand that?
4   A   Yes.
5   Q   Your purpose here is to poke holes in my
6 client's evidence, but the way that you're doing it is
7 relying on assumptions that don't make a whole lot of
8 logical sense.
9   MS. CONLIN:  Objection to form.
10 BY MR. LIPSCOMB:
11   Q   I'm trying to get you to understand that the
12 purpose of using BitTorrent is to download and
13 distribute a work.
14   A   See, I disagree with you.
15   Q   That's going to be your testimony in front of
16 a jury?
17   A   Well, the purpose of BitTorrent is to
18 distribute files.
19   Q   Sure.  And so a person who was in a BitTorrent
20 swarm would be likely to be distributing files, correct?
21   A   No.  BitTorrent has extensions.  They have
22 this BitTorrent sync extension which allows you to take
23 your personal files and back them up to another
24 computer.  That relies on the BitTorrent protocol.  That
25 also uses DHT.  That's a private distribution system

1 that's just piggybacked on the back of the BitTorrent
2 protocol.
3   Q   So if a person's IP address was associated
4 with a specific file, we'll call it ABC movie, okay,
5 this IP address was associated with ABC movie.
6   A   His router's IP address?
7   Q   Yes, his router's IP address was associated
8 with ABC movie according to the distributed hash table.
9 Do you understand the hypothetical I'm giving you?
10   A   Yes.
11   Q   Isn't that evidence of distributing and
12 downloading?
13   A   That is evidence of him being in a swarm.
14   Q   I'm sorry, Mr. Parker, saying the obvious
15 doesn't make your case weaker, do understand that?
16   A   I didn't realize I was a party to the case.
17   Q   It doesn't make the Defense's case weaker.
18 Testifying in a wiggly way makes the jury less likely to
19 find you credible.  It's a very simple question.  If a
20 peer is associated with a specific file, ABC movie, is
21 that some evidence that they were downloading and
22 distributing it?
23   A   That is evidence that they were downloading
24 and distributing at least one piece of it.
25   Q   Thank you.  I'm almost done, Mr. Parker.  I

17 (Pages 62 - 65)

Page 66

1 want to go to Page Eight, Section I.
2    A   Yes, sir. I'm on Page 8, Section I, whenever
3 you're ready.
4    Q   Your conclusion here is, that without a
5 password anyone within the range of Defendant's router
6 could have accessed Defendant's network. That's the
7 second sentence, correct?
8    A   Yes.
9    Q   Did you perform any investigation to ascertain
10 whether any of his neighbors were within such range?
11    A   No.
12    Q   Do you know if his password was protected?
13    A   No, I do not.
14    Q   This opinion really doesn't tell us anything
15 more than that anyone can use an unsecured wifi router
16 that is within the range of that router, correct?
17    A   Yes. It also shows that person would also
18 appear on the same IP address of the router.
19    Q   I'm sorry, could you say that second part
20 again? I didn't understand the logic of it.
21    A   It would show that that person's IP address,
22 whoever that guest is, or whoever that person is using
23 the open-access point, anything that they do would
24 appear as if they're on the same IP address as the
25 router.

Page 67

1    Q   I understand. But in this case you have no
2 evidence of anybody else using Defendant's router,
3 correct?
4    A   No.
5    Q   I'm sorry? The phone cut out. Could you
6 repeat your answer please?
7    A   No, and I do not have any evidence that he did
8 either.
9    Q   Understood. If somebody -- Strike that.
10 Let's take a ten-minute -- maybe a ten-minute break.
11 I'm going to run to the restroom and I'm going to try to
12 come up with my last questions. I think I've basically
13 finished this. I'm probably only going to have maybe
14 five, ten more minutes when I come back, but I've got to
15 use the restroom and collect my thoughts. Can we go off
16 the record for just a few minutes?
17       (Off the record.)
18 BY MR. LIPSCOMB:
19    Q   I have a few more questions. Mr. Parker, a
20 MAC address, can you tell me what that is?
21    A   God, I forget what it stands for. Machine --
22 anyway, it's a series of two, four, six, eight, 12
23 hexadecimal digits that are unique to the network card
24 inside of the computer or other device.
25    Q   And a MAC address is not broadcast past the

Page 68

1 router, is it?
2    A   No.
3    Q   So it's impossible for a detention company to
4 obtain a MAC address, isn't it?
5    A   Yes.
6    Q   Thank you. Mr. Parker, you currently work
7 for?
8    A   Myself.
9    Q   Correct, you're an independent contractor,
10 correct?
11    A   Yes.
12    Q   And how many companies do you think you
13 currently work for?
14    A   It varies. I have a few that aren't very
15 active. It's anywhere from five to six.
16    Q   How many users do you think you support?
17    A   300, 400 maybe.
18    Q   And you're kind of the IT guy for that group?
19    A   System administrator. I'm kind of the IT
20 jack-of-all-trades.
21    Q   In your experience, do you know other IT
22 professionals?
23    A   Yes.
24    Q   Do IT professionals generally like computers?
25    A   Yes.

Page 69

1    Q   How many home computers do you have,
2 Mr. Parker?
3    A   You mean ones that I personally use or count
4 family members as well?
5    Q   How many do you personally use at your house?
6    A   My personal use on computers, I have about
7 three.
8    Q   You think that's about average for an IT
9 professional?
10    A   I don't know.
11    Q   Do you think some have more or less?
12    A   Again, I don't know.
13    Q   You think it would be unusual for an IT
14 professional not to have his or her own computer?
15    A   No, I've met a few that don't.
16    Q   Is that the norm?
17    A   I don't know. I don't have a large circle of
18 friends.
19    Q   But you agree that IT professionals generally
20 like computers, right?
21    A   Best I can tell, yes.
22    Q   That's why they chose that profession,
23 correct?
24    A   Yes. I have met a few IT people that don't
25 like computers, though.

18 (Pages 66 - 69)

Page 70

```
 1    Q   Do you know what a program called Nero
 2  Platinum is?
 3    A   Could you spell that?
 4    Q   N-E-R-O Platinum.
 5    A   Yeah, that's a CD burning software.
 6    Q   Does it also have anything to do with cloud
 7  space storage?
 8    A   I don't know.  I haven't used that software in
 9  a few years.
10    Q   Out of those 300 people that you support, do
11  you think at home the majority of them use cloud-based
12  solutions, or do you have any sense of that?
13    A   I don't have any sense of that.
14    Q   I'm sorry?  I didn't hear your answer,
15  Mr. Parker.
16    A   I don't have any sense of that.  I forgot to
17  have the pause.
18    Q   Do you remember a program called Stardock's
19  Start 8?
20    A   Repeat that please.
21    Q   Yeah, it's called Stardock Start 8,
22  S-T-A-R-D-O-C-K?
23    A   Dot 8?
24    Q   Yeah, Stardock Start 8.
25    A   This does not ring a bell.
```

Page 71

```
 1    Q   It's a program where you get to change the way
 2  that the start menu on Windows works.  Have you ever
 3  worked with any programs that enable you to do that?
 4    A   No.
 5    Q   Do you think the average computer user could
 6  do that?
 7        MS. CONLIN:  Object to this whole entire line
 8    of questioning as going outside the scope of --
 9        MR. LIPSCOMB:  I appreciate that.  You can
10    object to the form, Cynthia.
11        MS. CONLIN:  I understand that, but that --
12    A   Okay.  Repeat that one more time.
13  BY MR. LIPSCOMB:
14    Q   I asked you if you think the average computer
15  user can change their start menu and the way it looks
16  for Windows?
17    A   Since I have never done that and I have never
18  walked anybody through that, I don't know.
19    Q   It sounds like a pretty techy thing to do,
20  though, right?
21    A   No.
22        If you didn't hear me, my answer was no.
23    Q   How many years of technical experience do you
24  have?
25    A   Over 20.
```

Page 72

```
 1    Q   And you've never done it, so, I mean, it's
 2  kind of rare, right?
 3    A   Because I've never done it, doesn't mean it's
 4  rare.  There's a lot of things that technical people get
 5  into that I just don't do.
 6    Q   Operative word "technical people," right?
 7    A   Yes.
 8    Q   Because changing your Windows' start menu and
 9  making it look like something else, that's technical,
10  that's not something the average computer consumer does,
11  is it?
12    A   I wouldn't agree with that because I have
13  worked on computers where the person installed start
14  menu modifications, and the person using the computer
15  was a construction tradesman.  I can't agree with you,
16  if that's what you're looking for.
17    Q   Who is more likely to be able to do that, a
18  technical person, or somebody without technical skills?
19    A   Of course a technical person because you're
20  talking about installing software.  I would pick the
21  techy over the lay person any day.
22        MR. LIPSCOMB:  Perfect.  I really don't have
23    any more questions.  Mr. Parker, you're going to be
24    given an opportunity to read the deposition and
25    correct anything, any typographical errors, or if
```

Page 73

```
 1    there's a small error in something that you said, a
 2    word or something that you said, you can choose to
 3    do so.  Or you can waive that right right now,
 4    which is what most people do.  Which would you
 5    prefer?
 6        THE WITNESS:  We're going to read it.
 7        MR. LIPSCOMB:  That's all I have.  Madam Court
 8    Reporter, we will order, regular turnaround.
 9        Thank you, Mr. Parker.  I appreciate you
10    showing up today.  I'll work out your fee with Ms.
11    Conlin.
12        THE COURT REPORTER:  Ms. Conlin, are you
13    ordering a copy?
14        MS. CONLIN:  No.
15        (Deposition concluded at 3:43 PM.  Reading and
16    signing were not waived.)
17
18
19
20
21
22
23
24
25
```

19 (Pages 70 - 73)

Page 74

1
2       CERTIFICATE OF OATH
3 STATE OF FLORIDA
4 COUNTY OF ORANGE
5
6
7     I, Vicki Humphries, the undersigned Notary
8 Public, in and for the State of Florida, hereby
9 certify that Thomas Parker personally appeared
10 before me and was duly sworn.
11
12     WITNESS my hand and official seal this 5th day
13 of October, 2015.
14

15       _Vicki Humphries_
         _____
16    Vicki Humphries, Court Reporter
        Commission #EE148445
         Expires 12/2/2015

17
18
19
20
21
22
23
24
25

Page 75

1     CERTIFICATE OF REPORTER
2 STATE OF FLORIDA
3 COUNTY OF ORANGE
4
5     I, Vicki Humphries, Court Reporter, do hereby
6 certify that I was authorized to and did
7 stenographically report the foregoing deposition;
8 and that the transcript is a true and correct
9 transcription of the testimony given by the
10 witness.
11    I further certify that I am not a relative,
12 employee, attorney or counsel of any of the
13 parties, nor am I a relative or employee of any of
14 the parties' attorney or counsel connected with the
15 action, nor am I financially interested in the
16 action.
17    Dated this 5th day of October, 2015.
18

19     _Vicki Humphries_
         _____
        Vicki Humphries, Court Reporter
20
21 The foregoing certification of this transcript does
22 not apply to any reproduction of the same by any
23 means unless under the direct control and/or
24 discretion of the certifying reporter.
25

Page 76

1    VERITEXT LEGAL SOLUTIONS
     One Biscayne Tower, Suite 2250
2    2 South Biscayne Boulevard
     Miami, Florida 33131
3     (305)376-8800
4 October 14, 2015
5 Mr. Thomas Parker
    5703 Red Bug Lake Road #281
6 Winter Springs, Florida 32708
7 RE: Malibu Media vs. Robert Dare
    DEPO OF: Thomas Parker
8 TAKEN: October 5, 2015
    NUMBER OF PAGES: 77
9 AVAILABLE FOR READING: 30 days
10 Dear Mr. Parker:
11 This letter is to advise you that the transcript of your
    deposition is available for reading and signing.
12
    PLEASE CALL THE ABOVE NUMBER TO MAKE AN APPOINTMENT to
13 come to the Veritext office closest to you to read and
    sign the transcript. Our office hours are 8:30 a.m. to
14 4:30 p.m., Monday through Friday.
15 In the event other arrangements are made, please send us
    a notarized list of any and all corrections and/or
16 changes, noting page and line numbers, and the reason
    for such changes, so that we can furnish respective
17 counsel with a copy.
18 If the reading and signing have not been completed prior
    to the above-referenced date, we shall conclude that you
19 have waived the reading and signing of the deposition
    transcript.
20
    Your prompt attention to this matter is appreciated.
21
    Sincerely,
22
    VICKI HUMPHRIES, COURT REPORTER
23
24
25

Page 77

1     ERRATA SHEET
2 RE: Malibu Media vs. Robert Dare
    DEPO OF: Thomas Parker
3 TAKEN: October 5, 2015
4 DO NOT WRITE ON TRANSCRIPT: ENTER ANY CHANGES HERE
5 Page  Line  Change     Reason
6
7
8
9
10
11
12
13
14
15
16 Under penalties of perjury, I declare that I have read
    the foregoing document and that the facts stated in it
17 are true.
18
19 _____
    DATE       THOMAS PARKER
20
21 Subscribed and sworn before me this _____ day of
    _____, 2015.
22
    State of Florida )
23 County of   )
    _____
24     NOTARY PUBLIC
25

20 (Pages 74 - 77)

[0:14 - anybody]                                                                 Page 78

| 0 | 3:43  1:12 73:15 | 94   11:17 | administrators  28:12 |
|---|---|---|---|

**0**

**0:14**  1:5

**1**

**1**  19:15
**1,390,000**  30:4
**1,390,992**  17:7,21
**100**  10:3,17
**11:21**  19:5
**12**  67:22
**12/2/2015**  74:16
**121**  50:12
**125**  10:16,22
**14**  76:4
**1643**  2:9
**172**  17:25
**181**  48:15 49:11,19
   49:20 50:6
**1993**  11:12
**1:33**  1:12

**2**

**2**  2:4 12:18 33:7 76:2
**20**  28:17 38:18 39:11
   39:14 51:8 58:4
   71:25
**2015**  1:12 74:13
   75:17 76:4,8 77:3,21
**2250**  76:1
**24**  17:9,23 30:6
**26**  19:5
**281**  6:20 76:5
**29,052**  25:4

**3**

**3**  12:18 33:7
**30**  76:9
**300**  68:17 70:10
**305**  76:3
**32708**  6:21 76:6
**32803**  2:9
**33131**  2:5 76:2
**37**  1:10
**376-8800**  76:3
**3800**  2:5

**4**

**4**  3:3 17:25 33:17
**4,172,976**  17:11,25
**40**  20:15
**400**  68:17
**407**  2:10
**431-2228**  2:6
**4:30**  76:14

**5**

**5**  1:12 19:17 39:18
   46:23 48:4,5 76:8
   77:3
**500**  10:9,21
**51,417**  25:2
**5703**  6:20 76:5
**5th**  74:12 75:17

**6**

**6**  48:5
**6,500**  51:6
**61**  48:14 49:9,10,13
   49:18,20 50:6,10,11
**61957**  1:5
**62**  49:19
**67**  34:9
**67k**  34:14
**67kb**  44:19

**7**

**7**  57:13 60:20
**74**  3:4
**75**  3:5
**76**  3:6
**77**  3:7 76:8
**786**  2:6

**8**

**8**  66:2 70:19,21,23,24
**80,469**  25:7
**8:30**  76:13

**9**

**91**  48:13
**93**  11:16

**94**  11:17
**95**  11:17
**965-5519**  2:10
**976**  17:25

**a**

**a.m.**  19:6 76:13
**abc**  65:4,5,8,20
**abide**  6:16
**ability**  62:22,24
**able**  20:3,5 34:19
   72:17
**absolute**  59:1
**accepted**  32:21
**access**  66:23
**accessed**  66:6
**accommodate**  7:15
**accomplish**  58:12
**accurate**  12:10
**accurately**  49:19
**acknowledged**  4:3
**act**  38:21 39:13
**action**  1:5 75:15,16
**active**  68:15
**actively**  63:20
**activity**  40:16
**actual**  34:23 41:23
   48:22 53:12
**add**  25:8
**added**  24:16
**additional**  10:15,22
   60:20
**address**  6:19 36:13
   50:17,18 52:17 55:22
   57:24 60:14 61:2,5,9
   61:10,11,24,25 62:5
   62:11,15,16,16,18
   63:1 65:3,5,6,7 66:18
   66:21,24 67:20,25
   68:4
**addresses**  57:25
   59:23 61:14,17 62:3
**administrator**  18:8
   68:19

**administrators**  28:12
**adult**  18:13 37:25
   38:3 39:16
**advance**  11:25
**adversely**  8:20
**advice**  9:1
**advise**  45:6 76:11
**affect**  8:20
**ago**  10:17
**agree**  15:4 21:12
   34:12 43:20 44:3,6
   51:14 57:5 69:19
   72:12,15
**agreed**  6:11 58:3
**agreement**  10:10
**ahead**  20:25
**akin**  15:13
**allege**  44:18
**alleged**  34:17,20
   41:23
**allegedly**  57:23
**allowed**  8:16
**allows**  64:22
**altered**  25:22 28:1,2
**amateur**  15:19
**amount**  48:22
**analogy**  15:12
**analysis**  31:3
**analyze**  34:16
**analyzed**  42:17 43:3
   43:8
**annie**  9:4,19
**answer**  7:8,20 8:13
   11:21 14:12,20,22,23
   14:23 15:2 16:8
   17:18 26:14 27:6,9
   28:18 29:9 30:23,25
   31:22 33:5 38:10
   42:5 50:2 56:25
   59:13 61:4 62:25
   67:6 70:14 71:22
**answered**  33:12
**answers**  7:5
**anybody**  29:3,6,11
   29:14,20 67:2 71:18

**anyway** 67:22
**apologize** 11:25
**appear** 44:22,24 57:9
  63:19 66:18,24
**appearances** 2:1
**appeared** 74:9
**appears** 6:5 20:24
  24:9 31:9 44:16
**apples** 27:16,19
**application** 21:8
**apply** 75:22
**appointment** 76:12
**appreciate** 9:12 16:3
  16:5 25:13,17 38:11
  47:10 51:13 56:25
  64:1 71:9 73:9
**appreciated** 76:20
**argument** 43:2
**arrangements** 76:15
**art** 18:14 19:7 23:7
**ascertain** 34:2,19
  66:9
**ascertained** 34:6
**asked** 9:1 49:8 71:14
**asking** 10:5 20:3 26:3
  27:11,15,19 39:2
**asperger's** 9:20
**assigned** 16:1 61:23
  61:25 62:5
**assignment** 53:10
**associated** 62:11,13
  62:14 63:1 65:3,5,7
  65:20
**assume** 23:16 28:11
  36:1 43:14 44:20
**assumptions** 64:7
**attend** 11:13,15
**attended** 11:14
**attending** 6:12
**attention** 24:11 76:20
**attorney** 4:15 75:12
  75:14
**audibly** 7:20,24
**australia** 32:22

**authentic** 14:18
**authenticate** 29:1
**authenticated** 13:4
  25:9
**authenticating** 25:11
**authorized** 75:6
**available** 45:11 53:16
  76:9,11
**avenue** 1:10
**average** 69:8 71:5,14
  72:10

**b**

**b** 18:24 19:2 20:14
  23:1 24:4,15 25:12
  33:18 53:25
**back** 9:2 20:18 53:24
  64:23 65:1 67:14
**backed** 13:11
**background** 11:7
  12:13 22:24
**backslash** 41:6
**bandwidth** 35:3
**bar** 23:7
**based** 29:17 40:15
  50:22 70:11
**basically** 15:11,20
  67:12
**batch** 18:6
**began** 9:2
**beginning** 8:19 12:18
  12:19 48:13
**begins** 21:14
**behalf** 1:16
**belabor** 12:13
**believe** 30:9,10,12,15
  34:10 38:4 42:11
  45:22 47:8 49:18
  59:17 61:20,21
**bell** 54:23 70:25
**best** 8:4 12:11 46:12
  69:21
**better** 7:23
**beyond** 30:2

**billing** 10:3
**binary** 18:5 26:13
**biscayne** 2:4 76:1,2
**bit** 19:20 42:8 54:18
  54:20,21,25
**bitcoin** 13:12
**bittorrent** 18:21 21:3
  21:4,7 22:9,12,16,19
  23:4,19,23 31:6,8
  32:11 34:5,24,25
  35:1,9,13,16,20
  36:18,21,24 37:6,13
  37:21 40:4,15 50:16
  51:15,19 53:21 58:8
  58:12,15 59:14 60:18
  62:6,17 63:7,9,22
  64:12,17,19,21,22,24
  65:1
**boils** 33:8
**bolded** 19:12,15,17
  19:21
**boring** 46:9,11
**bottom** 19:13,13
  23:11
**boulevard** 2:4 76:2
**break** 7:13 67:10
**breaks** 21:8
**briefly** 21:3
**broadcast** 62:12
  67:25
**broadcasted** 60:14
**broke** 17:1
**broken** 50:16
**bug** 6:20 76:5
**burning** 70:5

**c**

**c** 20:13,14 24:12,13
  24:20 25:12 70:22
**cable** 61:22
**calculated** 22:8
**calculator** 17:12
**call** 4:21 35:4 47:22
  65:4 76:12

**called** 19:4 22:12,21
  23:4 70:1,18,21
**calling** 38:22
**calls** 35:10
**camera** 15:21
**cancel** 63:19
**capture** 15:6 40:12
  41:15 45:3,4,5
**captured** 41:16
**card** 67:23
**caret** 19:14
**carets** 19:15
**case** 5:10 9:21 14:3
  14:16 18:15 27:4
  32:8 36:11 38:19
  42:2 52:15 55:10
  61:16,18 65:15,16,17
  67:1
**cases** 11:1
**cause** 1:20
**cc** 19:4
**cd** 16:18 70:5
**certainly** 53:16
**certificate** 3:4,5 74:2
  75:1
**certification** 75:21
**certify** 74:9 75:6,11
**certifying** 75:24
**chain** 47:15
**challenge** 41:9,11
**chance** 19:24 26:19
**change** 14:1 17:10
  26:10 43:7 71:1,15
  77:5
**changed** 14:8 26:24
  28:14,14,22
**changes** 76:16,16
  77:4
**changing** 18:3 72:8
**check** 10:7
**choose** 73:2
**chose** 24:2 69:22
**chunk** 22:8
**circle** 69:17

[citrus - cynthiaconlin.com]                                                                 Page 80

| | | | |
|---|---|---|---|
| citrus 28:9,14 | composite 19:17 | contained 50:6 55:4 | count 69:3 |
| civil 1:5 | computer 13:6 15:13 | 55:22 | countries 32:23 |
| claim 44:16 | 17:6 25:15 26:21 | contains 21:24 32:7 | country 32:12 |
| claimed 44:11 | 34:15 56:14 58:2 | 48:14,15 49:9 50:6 | county 74:4 75:3 |
| clarify 10:12 46:25 | 59:17 61:16 62:21,23 | content 39:16 | 77:23 |
| clarity 59:1,2 | 64:24 67:24 69:14 | continuing 48:13 | couple 11:23 57:23 |
| clicked 38:16 39:11 | 71:5,14 72:10,14 | contractor 68:9 | course 6:16 72:19 |
| clicks 63:18 | computers 15:15 | control 75:23 | court 1:1,17 7:19,22 |
| client 19:8 22:13 | 40:3,18 62:1 68:24 | convenient 7:16 | 8:1 18:22 46:8 73:7 |
| 31:6,8 37:21,25 | 69:1,6,20,25 72:13 | converting 15:21 | 73:12 74:15 75:5,19 |
| 40:14 53:3 62:17,18 | conclude 76:18 | copy 18:25 20:1,5,22 | 76:22 |
| client's 37:8,24 50:16 | concluded 73:15 | 35:21 37:3,11 73:13 | courts 32:22 |
| 64:6 | conclusion 29:17 | 76:17 | crazy 29:24 |
| clients 10:23 17:8,22 | 38:23 39:3 43:7 | copyright 18:16 | create 12:23 18:9 |
| 22:16 30:5 | 46:17 47:25 48:3,19 | 25:21,24 26:4,5,9,24 | 21:12 33:3 56:11,14 |
| close 63:19 | 50:5 52:3 66:4 | 27:2,7,9,20,21 | 57:5,7 |
| closest 76:13 | conclusions 64:2 | copyrighted 54:12 | created 5:1 15:7,8,9 |
| cloud 70:6,11 | conduct 5:5 | correct 11:21 12:7 | 20:24 25:10 33:15 |
| coached 39:6 | conducting 6:4 | 13:8,18 14:8,21,24 | 47:9,14,18,19 48:9 |
| collect 67:15 | confirm 57:4 | 17:14 22:22 26:14,21 | creates 18:13 27:23 |
| collectively 17:9,22 | confusion 47:11 | 27:8 28:19 30:7,9,20 | 28:10 |
| 30:5 | conlin 2:8 4:18,23 | 33:10,22 35:7,10,18 | credible 65:19 |
| collector 32:11 | 5:12 6:9 8:11 9:10,17 | 35:22 36:2,16,20 | criticizing 5:4 |
| college 11:13 | 14:9,25 15:25 17:15 | 37:4,11 38:1 39:16 | cryptographic 13:11 |
| come 67:12,14 76:13 | 18:25 19:11,19,22,25 | 40:23 41:7 42:3 43:5 | 13:14 22:3,5,7 34:1 |
| comes 23:3 56:19 | 20:9,11,17,22 25:8 | 45:19 46:1 47:23 | 44:1 48:12 |
| coming 7:5 47:8 | 25:13 27:1 28:23 | 48:1 49:15 50:7,18 | crystal 59:1,2 |
| command 18:6 | 31:25 32:2,13,17,24 | 50:21 55:5,10 57:2,6 | current 6:18 59:25 |
| commission 74:16 | 36:3 37:12 38:6,22 | 58:17 61:19,24 62:1 | currently 68:6,13 |
| communicate 50:24 | 39:4 40:24 43:14 | 62:2,21 63:3,14,16 | custody 47:15 |
| companies 28:18 | 45:6,13 46:8,13,24 | 64:20 66:7,16 67:3 | cut 24:14,15 67:5 |
| 68:12 | 51:17,22 52:21 53:4 | 68:9,10 69:23 72:25 | cuts 11:24 |
| company 18:13 68:3 | 54:3 56:1 57:17 59:4 | 75:8 | cutting 12:2 |
| compare 27:15,19 | 64:9 71:7,11 73:11 | corrections 76:15 | cv 1:5 |
| 48:23 49:1 | 73:12,14 | correctly 59:24 | cynthia 2:8,10 8:25 |
| compensated 10:6,8 | connect 62:24 | correlate 36:15 44:2 | 9:12 14:10 19:24 |
| 10:9 | connected 61:2 62:5 | 49:19 61:14 | 32:18 36:7 51:21 |
| compensation 10:11 | 63:6 75:14 | correlated 34:21 | 71:10 |
| complete 35:21 37:3 | connections 41:6 | correlates 43:24 52:9 | cynthia's 17:16 32:3 |
| 51:2,3,10,12,16 | consistent 34:12 | corresponding 48:16 | 56:6 |
| 53:12,19 | constitute 60:21 | corrupting 26:19 | cynthiaconlin.com |
| completed 76:18 | construction 72:15 | cost 32:8 53:17 | 2:10 |
| completely 9:10 | consumer 72:10 | counsel 3:13 8:6 | |
| 39:25 48:16 | contain 22:2 37:16 | 20:25 25:10 42:9 | |
| | 37:17 51:24 | 53:3 75:12,14 76:17 | |

| d | | | |
|---|---|---|---|
| **d**  39:19 70:22 | **depends**  26:5 53:22 | **distribute**  63:10,12 | **duly**  4:3 5:17 6:14 |
| **daily**  7:21 | **depo**  76:7 77:2 | 64:13,18 | 74:10 |
| **dare**  1:6 9:23 53:9 | **deposition**  1:15,19 | **distributed**  43:9 | e |
| 76:7 77:2 | 3:1 4:16,23 5:3,3,6,7 | 59:10,15,22,24 60:9 | **e**  5:21 9:2 46:23 48:5 |
| **dare's**  51:25 | 5:10,13 6:5,12,22 7:7 | 60:14 62:12 65:8 | 70:4 |
| **data**  5:5 12:19,25 | 7:18,19 8:11,19 16:4 | **distributing**  35:22 | **earlier**  58:3 |
| 13:3,6,10,11,13,15 | 24:16 72:24 73:15 | 37:9 63:11,16 64:20 | **easier**  8:3 16:11,14 |
| 13:16,22,24 14:8 | 75:7 76:11,19 | 65:11,22,24 | **easy**  58:9,9 |
| 16:16,19,21 26:10 | **depositions**  8:8 | **distribution**  35:18 | **edit**  15:17,23,24 |
| 27:3,7,10,21 30:1,16 | **description**  3:10,15 | 64:25 | 16:12,13,14,15,24 |
| 31:11 32:11,11,21 | **design**  33:4 | **distributions**  23:23 | 17:12 18:9 26:17 |
| 33:3 35:6 39:22 40:1 | **designed**  5:1 33:2 | **district**  1:1,1 | **editable**  13:4,8 30:19 |
| 40:3,5,9,17,18,22 | **detail**  57:16 | **divides**  33:21 | **edited**  13:17 14:16 |
| 41:2,4,4,13,18 45:25 | **detailed**  8:15 | **division**  1:2 | 14:18 15:17 16:20,21 |
| 47:2 48:2,11 | **details**  13:23 20:2 | **doc**  43:25 | 26:4 33:9 46:19 |
| **database**  56:15 | 59:16 | **document**  13:5 26:10 | **editing**  17:23 |
| **datagram**  40:1 | **detection**  5:2 | 26:13,17,19 77:16 | **editor**  14:1 15:17 |
| **date**  11:18 76:18 | **detention**  68:3 | **doing**  12:1 28:3 | 16:24 17:10,12,24 |
| 77:19 | **device**  13:8 62:23 | 40:12 58:2 64:6 | 18:2,4 25:22 26:11 |
| **dated**  75:17 | 67:24 | **dot**  19:4 21:23 70:23 | 26:18,21,25 |
| **day**  10:24 72:21 | **dht**  60:9 63:1,4,5 | **download**  18:21 | **education**  11:8 |
| 74:12 75:17 77:21 | 64:25 | 23:25,25 35:2 37:15 | **ee148445**  74:16 |
| **days**  76:9 | **difference**  26:1 50:13 | 37:19,21 38:3,15 | **eight**  23:12 66:1 |
| **deal**  10:23 | **differences**  48:10 | 39:14 51:2,15 53:12 | 67:22 |
| **deals**  49:5 | **different**  10:24 22:15 | 53:13,15 58:5 59:19 | **either**  25:25 28:6 |
| **dear**  76:10 | 27:10,21 28:9,17 | 59:20 63:9,12,18 | 30:13 44:24 56:24 |
| **decentralized**  21:7 | 37:20 38:18 39:12,15 | 64:12 | 57:2 63:6 67:8 |
| **decided**  53:3 | 48:21 51:8 54:1,7 | **downloaded**  38:18 | **employee**  75:12,13 |
| **declare**  77:16 | 62:1 | 44:18 51:2,3,10,12 | **enable**  45:23 71:3 |
| **defendant**  1:7 2:7 | **difficult**  15:16 26:12 | 51:14 53:9 55:2 | **enabled**  40:4 |
| 3:14 9:21,23 32:1 | 34:14 | 57:10,12,22,23 | **endurance**  7:14 |
| 42:8 53:13 61:18 | **digits**  67:23 | **downloading**  23:23 | **england**  32:22 |
| 62:7 | **direct**  3:3 4:6 23:25 | 35:22 36:23 54:15,17 | **enter**  77:4 |
| **defendant's**  31:25 | 75:23 | 60:22,24 63:11,16 | **entire**  12:5 34:11 |
| 36:12 66:5,6 67:2 | **directory**  22:2 | 65:12,21,23 | 35:12,16 37:14 42:14 |
| **defendants**  55:9 | **disaggregate**  35:18 | **downloads**  21:21 | 43:3,9,14,21 44:4,5,7 |
| **defense**  32:7 38:13 | **disagree**  36:21 51:11 | 51:8 53:19 58:4 | 44:12,19 45:5 51:25 |
| 45:12 52:15 58:21 | 64:14 | **draw**  24:11 | 53:10,15 54:18 57:9 |
| **defense's**  65:17 | **disbelieve**  30:7 | **drive**  13:7 16:17,18 | 57:22 58:1,5 71:7 |
| **degree**  11:19 | **discovered**  17:7 | 16:19,22 30:17 32:6 | **entries**  48:14,15,22 |
| **deleted**  39:22 | **discovery**  16:4 45:7 | **drives**  30:19 31:10 | 48:23 49:1,9,18,19 |
| **demonstrate**  58:24 | 52:14 57:19 59:2 | 31:14,14,17,20 | 49:20 50:6,7,10,11 |
| | **discretion**  75:24 | **drop**  60:1,2,3 | 50:12 |
| | **discussed**  4:20 | **dth**  60:14 | |

entry  52:8
errata  3:7 77:1
error  73:1
errors  72:25
esquire  2:4,8
established  6:15
estimate  17:11
ethereal  15:9
event  42:14 76:15
events  55:18
everybody  37:13
evidence  14:1,4,7,15
  14:17,20 26:23 27:7
  27:25 28:13,21,24
  30:15 33:14 35:24
  36:10,11 41:17,21
  43:10 44:25 45:10,18
  45:20 46:21,22 47:5
  49:13,17 51:10 52:4
  53:9,11,15 54:9,13
  54:16 56:21,23,25
  57:2,17,22 60:20,21
  60:24 63:11 64:6
  65:11,13,21,23 67:2
  67:7
evidenced  42:8
evince  42:19,20,23
  51:15 52:16
exact  11:18
exactly  42:12
exam  34:9
examination  3:3 4:6
examined  12:25 48:8
example  39:25 48:14
  49:9
excel  24:15
excerpt  38:18 39:12
exchange  40:18,19
excipio  5:2 13:18
  14:7,16 17:20 25:25
  26:2,25 27:8,20,22
  28:6,13,21 30:1 31:3
  31:16 32:10 33:15
  36:11,11 40:8 41:3
  45:23 46:3 47:20

55:22 56:19
excipio's  5:5 17:6
  28:1 29:3,6,12,15,20
  31:14 44:5 52:17
excuse  10:23 49:6
exhibit  18:24 19:2,17
  20:13 23:1 24:4,12
  24:13,14,20 53:24
exhibits  3:9,12,14
  25:9,12
expect  8:16
expense  6:12 31:25
experience  11:8
  15:18,19 16:2 40:15
  68:21 71:23
expert  6:11 10:25
expert's  16:1
experts  6:15
expires  74:16
explain  21:6 40:9
  47:9 50:13 55:16
explained  57:17
explanation  40:12
  41:7,8,10,12 45:25
  46:2 50:14
explanations  46:16
extension  64:22
extensions  64:21
extra  19:4,6 24:18
extratorrent.cc  23:4

f

f  49:4,5 52:3
fact  28:17 51:13,24
facts  13:25 51:9,23
  63:24 77:16
failed  48:16
fair  15:12,15 21:11
  57:4,15,19,21
fall  11:16
false  33:15
falsify  56:13
familiar  27:3 29:25
family  69:4

far  10:4,9
fastest  24:3
fee  10:13,14,15,20
  73:10
field  54:18,20,21,25
figured  53:14
file  15:6,17,23 16:13
  16:15 18:3,4,5 21:7,8
  21:15,18,19,21,23,24
  21:25,25 22:8 27:4
  27:10 33:21,24,24,25
  34:2,4,11,13,17,20
  34:23 35:13,21 36:2
  36:19,22,23,25 37:5
  37:6,14,15,15,16
  38:5,15 41:22,23,24
  42:3,19 43:3,4,8,9,21
  44:2,5,7,10,12,19
  48:11 49:5 51:1,5,10
  51:12,16,24,25 52:8
  53:10,12,14,15,20
  54:14 55:14,17 56:20
  57:23,25 58:1,5,16
  58:16,20 59:7,18,18
  59:19,20 63:16 65:4
  65:20
files  15:18,20 24:10
  26:6 35:1 37:20
  38:18 39:12,15 43:17
  43:25 45:8 46:4,18
  46:19 48:9,22 54:16
  54:18 63:13 64:18,20
  64:23
filter  41:16
filtered  41:13,14,19
  44:17,22 45:1,3,19
  45:21
financially  75:15
find  21:25 59:19
  65:19
fine  7:6 20:12 56:10
finish  27:15
finished  67:13
first  4:14 6:2 12:24
  19:1,2,9 23:10 24:7

24:17,19 25:1 39:4
five  18:8 23:12 29:19
  67:14 68:15
fixed  10:13,14,15,20
florida  1:1,11,18 2:5
  2:9 6:21 74:3,8 75:2
  76:2,6 77:22
follows  4:4 36:19
foregoing  75:7,21
  77:16
forensically  33:3
forget  67:21
forgot  70:16
form  8:10,12 9:13,14
  9:17 14:9,25 16:4,6
  17:15 27:1 28:23
  32:2,17,18,24 36:3,7
  37:12 38:6,22 39:5
  40:24 45:13 51:22
  52:21 54:3 56:7 59:4
  64:9 71:10
format  18:6 26:5,13
  27:10,22
formats  15:21
former  59:25
formulate  42:24
fort  1:2
forth  49:2,10
found  14:7
foundation  17:20
  24:13 25:17
four  23:12 67:22
fraction  34:22
friday  76:14
friend  8:25,25 9:3
friends  69:18
front  12:14 34:15
  40:13 49:25 59:17
  64:15
ftp  24:1
fuel  54:19
full  5:23 12:3 37:11
furnish  76:16
further  19:20 75:11

**g**

g  60:19
general  11:7 22:12
  22:21 25:12 31:13
  48:3 58:15
generally  51:19
  58:17 60:8 68:24
  69:19
german  31:19 32:6
germany  32:23
give  18:23 23:25
  42:24 52:16 63:23
given  34:9 45:10
  46:17 72:24 75:9
giving  58:20 65:9
gnutella  35:17
go  5:8 6:23 12:17
  16:24 20:19,25 23:11
  23:24 28:4,9 29:19
  37:18 63:22 66:1
  67:15
god  67:21
goes  19:8 29:23
  37:13
going  4:19 7:8 12:4
  12:12,24 20:1,8
  24:12 30:25 34:10
  53:24 55:24 56:4
  64:15 67:11,11,13
  71:8 72:23 73:6
good  4:8 60:13
graduate  11:11
great  9:3 57:16
ground  6:23
group  9:4,8,9,16,16
  9:20 35:2 68:18
guess  28:3 52:1
guest  66:22
guy  68:18

**h**

h  5:25 6:3
hand  74:12
handshake  40:19

happening  35:15
hard  63:6
harder  15:22
hash  13:14 22:3,5,7
  34:1 43:24 44:1
  48:12,12 59:11,15,18
  59:22,24 60:2,3,9,14
  62:12 65:8
head  60:11
headshakes  7:21
health  23:13
hear  4:8,10,10,11,12
  4:12,13 6:8 11:5
  13:20 14:10 17:16
  27:17 29:3,9 30:22
  30:24 31:22 32:3
  33:13 36:6 40:21
  42:5 46:7 49:22,24
  56:6 59:13 70:14
  71:22
heard  4:13 9:25
  13:21 14:12 21:17
  32:5 33:14 43:13
hearing  46:6
help  53:6
hex  14:1 15:17 16:23
  17:10,12,23 18:2,4
  25:22 26:11,18,21,24
hexadecimal  67:23
hides  62:18
high  11:11
hillcrest  2:9
hired  43:16
hit  63:18
holes  64:5
home  69:1 70:11
host  61:12
hour  10:3,16,17,22
hourly  10:13,14
hours  10:22 17:9,23
  30:6 76:13
house  69:5
http  23:25
humphries  1:17 74:7
  74:15 75:5,19 76:22

hundreds  53:25
hypothetical  65:9

**i**

ibm  28:2,2
ibm's  27:25
identical  14:18
identifier  61:12
identifies  61:12
identify  59:23,25
  60:8
ignored  50:11
illegally  37:10
imb  27:23
implements  47:19
impossible  26:15
  68:3
included  5:15
inclusion  5:12
incomplete  48:1,2,17
  48:20
independent  13:13
  68:9
independently  12:19
  60:20
index  3:1
indicated  45:7
indicates  50:19,21
information  11:8
  50:23
infringement  5:1
  18:16,18,19
infringing  17:8,21
  55:19,20 56:2,8,12
  56:16
initial  10:21 21:13,14
  36:25
inside  67:24
installed  72:13
installing  72:20
instance  28:19
institute  11:14
integrity  46:18
intended  36:1

intent  51:15,23,25
  58:4 63:25
intentional  38:20
  39:9,13
intentionally  41:4
  54:16
intentions  33:4
interested  75:15
internet  61:11,13
interrupt  4:18 6:9
introduce  4:20
investigation  66:9
involve  5:8
involved  8:23 22:18
ip  36:12 41:6 50:17
  50:17 52:17 55:22
  57:24,25 59:23 60:13
  61:2,5,8,10,14,17,23
  61:25 62:3,4,11,15
  62:15,16,18 63:1
  65:3,5,6,7 66:18,21
  66:24
ips  62:19
irrelevant  9:11 50:12
iso  37:20
isp  61:25
issue  55:9
issues  6:6
item  58:21
items  49:14
itt  11:14,15,16 12:4

**j**

jack  68:20
jargon  21:12,12
  35:10 61:9
jessica  47:6
jic  1:5
job  8:3
join  37:10 58:16
jury  64:16 65:18

**k**

k  5:21 70:22
keep  16:5 39:4 55:17

**keeps**  27:21
**keith**  2:4 4:14,18
  18:25 19:19,22 46:24
**key**  31:1
**kid**  58:9
**kilobytes**  34:10
**kind**  12:17 24:4
  29:24 60:1 68:18,19
  72:2
**klipscomb**  2:6
**know**  4:19 5:15 7:10
  7:13 8:8 9:21 13:18
  13:21 15:10 16:17
  18:5,11,15,17 20:23
  23:15 25:23 26:8
  27:2 28:11 31:24
  32:5,8,10,18,21 33:2
  33:4 43:7 51:25
  54:21 55:7,14 57:25
  58:1 59:10,14,22
  60:4,5,5,11 66:12
  68:21 69:10,12,17
  70:1,8 71:18
**knowing**  42:17
**knowledge**  12:11
  26:2 46:3,5 56:10

**l**

**l**  23:13,17
**lack**  39:25
**laid**  25:17
**lake**  6:20 76:5
**large**  1:18 35:2,15
  69:17
**larger**  34:3 51:5,6
**largest**  23:4 32:10
**lauderdale**  1:2
**law**  29:23
**lay**  17:20 24:12 72:21
**leaving**  20:17
**lebfirm.com**  2:6
**led**  47:7
**leecher**  21:20 23:17
**leechers**  24:6,9,17,23
  25:3,5

**legal**  29:19 38:23
  39:2 76:1
**legally**  53:2
**letter**  3:6 76:11
**level**  5:9 15:19
**light**  46:13
**likelihood**  35:14
**likewise**  48:15
**line**  20:14 31:15
  42:24 49:14 58:21
  71:7 76:16 77:5
**link**  38:16
**links**  59:21
**linux**  23:23 37:19
**lipscomb**  2:4 3:3 4:7
  4:14,22,24 5:17,18
  6:14,17 9:12,15,18
  14:11 15:1 16:3,7
  17:17 18:22 19:2,12
  19:20,23 20:7,10,12
  20:19 21:1 25:13,19
  27:5 29:2 32:4,14,20
  33:1 36:5 37:23 38:8
  38:24 39:4,7 40:25
  45:15 46:10,15 47:10
  47:12 51:18 52:2,23
  53:5 54:4 56:3 59:6
  64:10 67:18 71:9,13
  72:22 73:7
**list**  43:25 76:15
**listed**  31:9 43:25
**listen**  5:7
**litigation**  8:24
**little**  12:2 19:20
**lives**  7:21
**llc**  1:3
**log**  42:3 49:5 52:8
  55:14,17,17 56:11,15
  56:20 57:6,7,8 58:20
  59:7 62:1
**logged**  17:21
**logic**  43:2 66:20
**logical**  41:6 45:24
  64:8

**logically**  36:19 63:21
**long**  17:14 34:1
  46:14 48:12
**look**  19:1,24 22:1,25
  39:18 43:23 55:2
  60:6,12,17 72:9
**looked**  17:6 18:10
  31:10 55:7
**looking**  19:12 23:10
  45:17 72:16
**looks**  14:18,24 15:3
  71:15
**lot**  10:23 20:1,8 64:7
  72:4
**lots**  54:1

**m**

**m**  2:4 5:21,25 6:3
**mac**  67:20,25 68:4
**machine**  67:21
**madam**  18:22 73:7
**mailed**  9:2
**majority**  70:11
**making**  20:1 52:24
  64:1 72:9
**malibu**  1:3 4:15
  18:11,13,17 39:16
  76:7 77:2
**malibu's**  24:6 46:4
  53:24 55:22,23
**manipulate**  26:20
**manipulated**  27:7
**manual**  61:20
**manufactured**  12:20
**marked**  3:12 18:23
  22:25 24:12
**match**  48:16
**math**  18:1
**matter**  4:15 12:6
  76:20
**matters**  5:8
**mean**  9:23 13:2 34:3
  37:1 41:14 55:21
  56:13,14 63:5,10
  69:3 72:1,3

**meaning**  35:5
**means**  13:3 23:15,17
  39:9 43:17 60:10
  63:15,17 75:23
**media**  1:3 4:15 18:11
  18:13 76:7 77:2
**media's**  18:17 39:16
**medication**  8:20
**meeting**  1:11
**members**  69:4
**memory**  8:21
**mentioned**  45:9
**menu**  71:2,15 72:8
  72:14
**met**  69:15,24
**metadata**  21:24
  34:18
**miami**  2:5 76:2
**michael**  2:13 4:25
**million**  17:25
**mind**  24:6
**mini**  16:18
**minute**  10:17 17:24
  20:11,20 42:24 67:10
  67:10
**minutes**  16:25 17:1,2
  17:3,11,13,25 18:1,8
  18:9 45:4 67:14,16
**mislabeled**  52:7
**misleading**  57:9
  58:23 59:3,5,9
**missing**  41:18 49:21
**mistake**  10:18,19
**mistakenly**  63:22
**misunderstood**  52:4
**modem**  61:22
**modifications**  72:14
**modified**  18:5 28:25
  29:1
**modify**  18:4 29:3,6
**modifying**  29:12,14
  29:20
**moment**  5:16 50:4
**monday**  1:12 76:14

[monitors – participant]

monitors   47:19
morning   4:8 19:5
 24:16 25:6
motorola   61:22
move   12:12 33:17
 46:23 52:3
movie   33:21,24 34:20
 36:15 38:4,5,5 41:23
 42:14 43:3,9,11,12
 43:15,20,21 44:5,7
 44:12 45:8 50:16
 52:18 54:18 55:23
 65:4,5,8,20
movies   18:14 37:25
multiple   34:13
mutually   7:15,15 9:5
 9:6,8
mysql   42:3 49:5 52:8
 56:20 57:8 58:20
 59:7

**n**

n   1:10 70:4
name   4:14 5:19,23
 6:2 9:4 19:8
near   26:15
necessarily   33:23
 37:16 47:3 58:23
 62:16
necessary   5:6 7:20
 50:24 53:2
need   5:11 7:6,13 22:9
 26:7
neighbors   66:10
nero   70:1
net   61:23
netgear   61:21
network   35:17 40:16
 45:3 58:2 61:7 66:6
 67:23
never   9:25 20:4 31:3
 31:6,8,10 52:25
 53:19 71:17,17 72:1
 72:3

nine   19:14 23:13
nods   7:21
norm   69:16
notarized   76:15
notary   1:17 74:7
 77:24
noted   5:17 6:14
notice   1:19
noticed   5:14 48:10
noting   76:16
number   6:20 19:18
 19:21 24:17,25 25:2
 76:8,12
numbers   19:12 23:11
 25:5 76:16
numerous   54:12

**o**

o   5:21,25 6:3 70:4,22
oath   3:4 4:4 74:2
object   6:13 8:11 9:13
 9:17 14:9,25 16:4
 17:15 20:23 25:11
 27:1 32:2,17,24 36:3
 36:7 37:12 38:6,22
 45:13 51:22 52:21
 54:3 59:4 71:7,10
objected   32:18 56:7,8
objecting   5:12 56:1
objection   6:10 8:14
 9:10 15:25 17:16
 20:7,25 25:8,18
 28:23 32:3,5,13
 40:24 51:17 53:4
 56:6 64:9
objectionable   9:14
objections   8:9,10,15
 16:6 39:5
obtain   35:21,24
 36:10,19,22 37:3,7
 37:11 38:5 58:16
 68:4
obtained   36:11
obvious   65:14

occurred   18:19,20
 36:20
occurs   15:11
october   1:12 74:13
 75:17 76:4,8 77:3
offer   53:16
offered   31:24 32:6
office   25:21,24 26:4,5
 26:9,24 27:3,7,10,20
 27:21 47:5,7 76:13
 76:13
official   74:12
oh   8:18 46:8
okay   6:24,25 7:2,7
 11:7,9 15:3 17:5 20:6
 22:24 23:2 33:20
 39:19 43:1 46:10,21
 46:23 52:14 55:25
 56:10 57:8 62:4 65:4
 71:12
once   16:18
ones   15:14 69:3
online   15:11 30:3
open   15:22,23 16:12
 34:16 43:16 66:23
opened   12:24
opening   18:3 26:17
operates   18:14
operating   35:9
operative   72:6
opinion   16:13 33:8
 45:16 66:14
opinions   33:7
opportunity   72:24
opposed   35:16
opposing   53:2
option   24:1,1,2
options   23:24
orange   1:10 74:4
 75:3
oranges   27:16,19
order   73:8
ordering   73:13
orlando   1:11 2:9

outside   16:1 71:8
overreached   60:25

**p**

p   5:21
p.m.   76:14
packet   15:6 40:12
page   3:2 12:18 19:10
 19:15,16,21 23:10
 24:20 33:7,17 39:18
 46:23 57:13 60:19
 66:1,2 76:16 77:5
pages   19:3,9 20:15
 24:7,18,18,19 25:1
 48:5 76:8
paid   10:1
paige   47:6,14 48:10
paige's   46:25 47:2
paragraph   12:18
 46:23
park   18:23
parker   1:15 3:1 4:2,8
 5:4,19,23 6:18 7:1,7
 8:9,23 9:16 11:3 13:1
 15:5 18:15 21:2 22:5
 23:19 24:19 25:15,20
 30:22 33:17 34:24
 38:9,25 39:8,18
 40:17 45:6 46:16
 47:15 48:18 49:23
 52:5 53:6,20 54:5,12
 54:19 55:12,21 56:5
 59:10 64:2 65:14,25
 67:19 68:6 69:2
 70:15 72:23 73:9
 74:9 76:5,7,10 77:2
 77:19
part   9:8 10:14,14,15
 20:14 30:8 37:22
 47:15 58:10 60:23
 66:19
partial   42:14,19,20
 43:4
participant   61:3
 62:12,13 63:2,8

participate  62:8
participating  35:6
  63:20
particular  35:25 50:1
parties  75:13,14
party  65:16
password  66:5,12
paste  24:14
pasted  24:15
patrick  46:25 47:2,6
  48:10 50:9
patzer  2:13 4:20,25
  5:7,13 17:5,21 30:3
  47:14,19
pause  46:14 70:17
pay  6:11 45:12 52:19
  53:3,13,17
payment  6:15
pcap  13:4 14:2,18,19
  14:24 15:3,5,12,17
  15:24 16:12,14,24
  26:6 27:4 30:16 31:9
  33:9,25 34:3,9 40:10
  41:17,22,24 42:7,13
  42:14,17,19,20 43:2
  43:4,8,11,16,19,24
  44:3,4,7,11,19 45:3
  45:17,25 48:9,14,16
  48:22,24 49:7,8,11
  49:14,20,20 50:6,19
  50:22,23 51:1,9,11
  51:24 52:16,25 53:7
  55:5,8,9 57:11
pcaps  12:24 14:2,8
  14:16 15:4 27:23,25
  28:1,3,10,14,15,22
  28:24,25 29:4,6,12
  29:15,21 31:17 32:7
  33:15 39:25 45:2
  48:2,11 49:3 53:1
peer  35:12,13,17,17
  60:15 63:3,14 65:20
peers  35:4,5,9 59:23
  60:1,10

penalties  77:16
penthouse  2:5
people  21:9 35:2,4,5
  35:23 36:1 37:9
  53:22,25 54:2,7,10
  60:1 69:24 70:10
  72:4,6 73:4
perfect  72:22
perfectly  8:12
perform  66:9
perjury  77:16
person  5:1 18:7,7
  21:14,18,21 22:9
  35:25 36:10 53:19
  54:22 61:6 62:17
  63:14 64:19 66:17,22
  72:13,14,18,19,21
person's  61:1,5 65:3
  66:21
personal  64:23 69:6
personally  30:14
  69:3,5 74:9
phone  11:24 15:20
  47:7 61:17 62:23
  67:5
pick  72:20
piece  13:6 22:3 34:2
  34:3,4,13 41:24 42:8
  42:18 43:9,12,20,23
  43:25 44:2,8,9,23
  45:1,8,18 50:16 51:3
  51:5 52:9,16 54:11
  55:23 57:11,18 58:22
  58:25 59:8 65:24
pieces  21:9,25 33:21
  34:6,13,20 35:24
  36:12,15 37:15 51:14
  52:19 54:1,7,12,22
  54:25 55:1 57:23
piggybacked  65:1
pipe  18:5
plaintiff  1:4,16 2:2
  3:9 6:11 12:25 48:8
plaintiff's  1:19 12:19
  60:20

platinum  70:2,4
please  5:19,24 8:4
  10:12 16:9 17:19
  18:23 25:1 33:17
  36:9 39:4 51:21 67:6
  70:20 76:12,15
plenty  24:9
pm  1:12,12 73:15
point  7:16 29:20 60:4
  66:23
poke  64:5
portion  21:19 51:1
portions  21:19
possibilities  37:1
possibility  38:7,10
possible  25:20 26:1,3
  26:3 29:16 30:16
  35:14 36:22,24 37:14
  38:14,16 40:5,6,11
  41:8 46:2 56:16,18
  57:5,7 63:21
possibly  59:25
pounds  24:14
pre  3:12
prefer  73:5
preparation  24:16
presence  5:14
present  2:11 44:19
  53:15
presented  43:10 47:2
  53:11
presenting  53:8
preserved  8:9
preserving  8:14
pretrial  10:21
pretty  21:11 71:19
previous  40:15
previously  18:23
  22:25
printed  19:5,9 24:7,8
prior  9:21 16:11
  76:18
privacy  32:11,11
private  62:3,19 64:25

probably  5:11 15:9
  40:7 67:13
problem  10:25
process  22:19 56:15
  60:9,9
processes  5:5
produce  31:24 32:6
produced  53:1
profession  69:22
professional  69:9,14
professionals  68:22
  68:24 69:19
program  18:6 70:1
  70:18 71:1
programs  71:3
prompt  76:20
proper  8:12
properly  5:13 25:9
proprietary  26:13
protected  66:12
protocol  40:1 60:6,18
  61:11 64:24 65:2
provided  12:6,25
  14:2 57:22
public  1:17 61:17
  74:8 77:24
pulled  31:17
pulling  53:17
purpose  34:25 35:16
  35:20 36:18,21 37:3
  37:6,8 51:19 54:17
  58:15,17,18 63:9,12
  63:24 64:2,5,12,17
purposes  36:25 37:2
  58:13 63:15
pursuant  1:18
put  23:7 24:13 26:18
  31:19 50:9

                q

question  6:7 8:10,13
  8:18 9:14 11:5 14:6
  14:13 15:25 16:9
  17:19 33:6,12 36:8
  39:8,11 41:1 42:16

42:21 49:8,16 50:2
54:5 61:4 62:9,25
65:19
**questionable** 46:18
**questioning** 31:15
71:8
**questions** 7:8,10 20:2
20:3,8,15 29:24
67:12,19 72:23
**quick** 4:19 19:1
**quote** 48:13

**r**

**r** 5:21,21 70:4,22
**random** 61:1
**range** 66:5,10,16
**rare** 72:2,4
**rarely** 53:21
**rate** 10:3,15
**rates** 10:24
**reached** 9:1
**read** 12:24 24:25
72:24 73:6 76:13
77:16
**reading** 52:5 73:15
76:9,11,18,19
**reads** 39:24
**ready** 66:3
**real** 4:18 14:24 15:3
19:1
**reality** 57:10
**realize** 36:23 38:15
65:16
**really** 12:1 20:14
23:22 27:3 28:4 33:5
33:8 58:9 60:13 61:5
66:14 72:22
**reason** 30:6,8,10,12
41:9,11 47:1 49:17
51:7 60:13 61:1,8
62:4,10 76:16 77:5
**recall** 11:17 22:17
34:7 42:11 45:14
49:12 52:22 54:20
59:24 60:1,17

**receive** 11:19 40:7
**received** 44:4 47:5
**receiving** 40:6
**record** 4:24 5:20 6:4
12:23,23 19:23 20:19
20:21 24:12 35:5
47:13 48:6 61:10
67:16,17
**recorded** 15:15 17:7
30:5
**recording** 15:13,16
43:8
**red** 6:20 76:5
**referenced** 76:18
**referred** 3:10,12,15
**referring** 10:4 31:13
31:16 41:21 61:6,6
**regarding** 6:15 47:25
**registrations** 25:21
26:4,6,24
**regular** 73:8
**related** 10:10
**relates** 29:19 49:8
**relative** 75:11,13
**relevant** 50:11
**relies** 64:24
**relying** 41:5 64:7
**remember** 58:5,10
70:18
**removed** 39:22
**repeat** 6:7 7:6 14:6
16:9 36:9 42:16
48:25 51:21 67:6
70:20 71:12
**rephrase** 7:10
**report** 5:4 12:14,17
30:2 33:18 39:19
47:1,2 48:5,6,11,18
48:24 49:2,8,10,14
49:18,25,25 50:1,3,6
50:10,20 52:5 57:8
58:8,10 75:7
**reporter** 1:17 3:5
7:19,22 8:1 18:22
46:9 73:8,12 74:15

75:1,5,19,24 76:22
**reports** 47:13,18,22
47:23,25 48:8,9,11
48:15,17,19,21 50:15
**represent** 4:15 58:21
**representation** 25:16
**represented** 8:6
**represents** 59:8
**reproduction** 75:22
**resisting** 38:11
**respect** 6:13 26:2
33:7
**respective** 76:16
**respond** 7:21,23
**response** 4:11 11:24
43:12
**responses** 45:7 52:14
57:19 59:2
**rest** 44:20 57:24
**restroom** 67:11,15
**result** 25:6
**results** 19:3 24:7
**resume** 12:6,9,13
**retained** 3:13 9:22
**retrieved** 31:11
**review** 3:6 31:16
**reviewed** 18:20 31:3
31:6,8 34:1 47:23
**right** 4:9 33:9 50:2
51:20 54:2 69:20
71:20 72:2,6 73:3,3
**ring** 54:22 70:25
**risk** 26:19
**road** 6:20 76:5
**robert** 1:6 9:23 53:9
76:7 77:2
**room** 1:11 20:5,17
**router** 61:6,8,15,18
61:21,23 62:2,5,7,11
62:16,17,20 63:2,5,7
66:5,15,16,18,25
67:2 68:1
**router's** 63:1 65:6,7
**rows** 24:14

**rule** 17:24
**rules** 6:14,23
**run** 20:5 67:11
**running** 19:6 40:13
55:17

**s**

**s** 5:25 6:3 23:13,15
70:22
**save** 15:20
**saved** 13:7 31:11
**saving** 26:17
**saw** 42:2
**saying** 27:20 38:11
38:14 44:21 56:22
65:14
**says** 19:13 23:12
46:25 47:1 56:19
57:8,12
**school** 11:11
**scope** 16:1 71:8
**score** 54:15
**script** 18:9
**seal** 74:12
**search** 19:3,6 23:7
24:7 25:6
**second** 39:8,24 66:7
66:19
**seconds** 19:5 30:25
**section** 12:18 33:18
39:19,21 45:16 48:4
48:5,18 49:4,5 66:1,2
**see** 12:20 19:10,13,15
19:17,21 20:3 23:3,5
23:7,13,13 24:5,22
29:6 30:15 31:19
39:22 40:1 43:23
49:9 53:11 57:12
64:14
**seed** 37:8
**seeded** 46:4
**seeder** 21:13,14,17
21:18 23:15 36:25
44:5

[seeders - take]

seeders  24:5,9,17,22
    24:25 25:2,5
seeing  30:10 40:15
seen  20:4,23 55:3
send  76:15
sense  54:1,6 64:8
    70:12,13,16
senses  29:19
sent  13:3 54:11,11
sentence  12:24 39:24
    66:7
separate  52:9
series  67:22
served  10:25 48:8
server  44:5 52:18
    61:15
servers  31:4 55:12
    56:11
services  10:2
set  49:2,10
seven  23:12
share  21:9 37:5,6
sharing  21:7 35:2
sheet  3:7 77:1
show  50:15,24 51:2
    51:11 66:21
showed  63:5
showing  73:10
shown  41:12
shows  41:24 43:11
    51:1,3 55:1 57:11
    66:17
side  40:7
sign  76:13
signature  13:12
    74:14 75:18
signing  73:16 76:11
    76:18,19
simple  65:19
sincerely  76:21
sir  7:25 8:5 9:9,24,25
    10:19 11:2,6,10,20
    21:4 23:21 26:3
    28:22 29:9,22 31:2,4
    31:7,12,15,22 32:10

32:23 33:8,15 34:4
    36:8 41:10,14,21,25
    43:2 47:13 50:23,25
    56:14 58:6,10,13,17
    66:2
sit  5:10
sites  54:17
situation  46:14
six  23:12 67:22 68:15
size  23:13 34:13
    42:13,17 44:20
skeptic  30:14
skills  72:18
slim  35:15
small  34:22 57:11
    73:1
smaller  41:22 42:13
    43:3,21
smart  62:23
smell  29:14
software  22:10 58:14
    70:5,8 72:20
softwares  15:10
solutions  70:12 76:1
somebody  16:12 18:2
    36:24 38:3,15,17
    39:11 51:8 58:3 60:8
    62:6,7 63:6,8,18,21
    67:9 72:18
sophistication  5:9
sorry  4:11 6:1,9 7:3
    11:5,23 17:1 18:10
    27:17 29:9,18,18,23
    30:22 31:22 32:15
    36:6 40:17 42:5
    43:13 46:6,8,10 48:5
    49:6,20 52:12 65:14
    66:19 67:5 70:14
sound  33:3 39:12
sounds  39:2,14 71:19
source  47:11
south  2:4 76:2
southern  1:1
space  26:20 70:7

specialized  22:10
specific  36:15 61:23
    62:20 65:4,20
specifically  33:3
    37:24 57:16 58:19
specification  60:7,18
specificity  50:25
speculation  38:6
spell  5:19,24 6:1 70:3
spoofed  40:22 41:2,5
spoofing  45:24
spreadsheet  24:15
springs  6:21 76:6
standard  29:23
stands  67:21
stardock  70:21,24
stardock's  70:18
start  21:2 36:23
    38:15 40:19 51:8
    70:19,21,24 71:2,15
    72:8,13
started  4:21,23 11:16
    38:3 54:15 58:4
state  1:18 6:10,18
    58:19 74:3,8 75:2
    77:22
stated  77:16
statement  44:6 52:24
    57:15,20,21 59:3,5
    60:19
states  1:1 32:22
stating  20:25
stay  63:25
stenographically
    75:7
storage  13:8 70:7
store  13:22,23
stores  27:3,10 30:1
street  2:9
strike  13:25 15:5
    16:16 18:10 29:18
    32:15 40:18 44:22
    55:20 61:9 67:9
student  12:3

study  10:21
stuff  15:20 55:6
subscribed  77:21
suggest  44:25 49:13
    56:21,23
suite  76:1
summarize  14:6
    45:16
summary  21:11
summed  24:22
support  9:20 68:16
    70:10
supposed  7:8
supposedly  18:18,19
sure  4:22 10:13
    13:13,14,16,17 14:15
    15:22 16:10,10,23
    17:20 19:2 27:22
    30:12 33:5 34:8
    36:10 51:7 64:19
susceptible  45:24
swarm  35:10,13,15
    37:10 53:23 59:23
    60:1,10,15 61:2 62:6
    62:6,8,13,14,14,15
    63:3,8,15,20,22
    64:20 65:13
swarms  53:24
sworn  4:3 74:10
    77:21
sync  64:22
system  5:2 17:7 18:8
    23:5 28:12 30:11
    31:3 33:2,5 40:13,13
    47:20 55:18 61:12
    64:25 68:19

**t**

t  5:21,25 6:3 70:22
table  59:11,25 60:2,3
    60:9,15 62:12 63:2,4
    63:5 65:8
tables  59:15,22
take  16:23 17:9,14,25
    18:7,8 20:9,13 53:11

[take - uneditable]

64:22 67:10
**taken** 1:16 4:16 6:23
  76:8 77:3
**takes** 17:13 21:8
  33:20 59:17
**talk** 20:16 21:3 37:24
  60:19,23
**talked** 47:6 51:7
**talking** 8:3 27:18
  31:2 48:4 49:7 55:6
  72:20
**tape** 30:17,19 31:10
  31:14,14,17,20 32:6
**taste** 29:20
**tcp** 41:5
**tcpdump** 15:8
**tech** 11:15,16
**technical** 5:8 11:14
  47:22 48:19,21,24
  49:2,7,10,14,18,25
  50:1,5,10,15,20
  59:16 71:23 72:4,6,9
  72:18,18,19
**technology** 28:18
**techy** 71:19 72:21
**telephone** 2:3,12
  4:25 6:5
**telephonic** 1:15 3:1
**tell** 6:1 24:5 33:8
  34:16 37:21 42:9
  45:11 57:16 66:14
  67:20 69:21
**tells** 54:21
**ten** 67:10,10,14
**tend** 30:14
**term** 56:8
**test** 7:14
**testified** 4:4 30:4
  40:8 41:3 45:22
**testifies** 50:9
**testify** 17:5
**testifying** 38:12
  65:18
**testimony** 10:1 16:11
  57:5 58:6 64:15 75:9

**thank** 6:4 13:21 31:2
  33:25 40:22 54:8
  58:19 59:14 65:25
  68:6 73:9
**thing** 71:19
**things** 8:11,13 52:6
  72:4
**think** 5:11 11:16
  15:22 19:16 29:16
  31:1 38:17 43:13
  47:3 52:4,6 53:2
  57:15 58:3 60:24
  62:10 67:12 68:12,16
  69:8,11,13 70:11
  71:5,14
**thomas** 1:15 3:1 4:2
  5:22,23,24 74:9 76:5
  76:7 77:2,19
**thought** 16:11 50:10
**thoughts** 67:15
**thousands** 37:9 53:25
**three** 16:25 17:2,3,13
  17:24 18:7 19:3,9,14
  19:21 23:12 24:7,17
  24:19 25:1 30:25
  37:19 69:7
**thumb** 24:4
**time** 4:14 6:12 7:9,13
  8:3 9:22 12:3,3,5
  14:14 16:23 17:19
  36:9 45:5 48:25
  49:16 55:19 62:9
  71:12
**times** 11:23,25 51:6
**timestamp** 31:19
  32:7
**timestamps** 52:25
  53:1,7
**timing** 60:5
**title** 39:21
**today** 7:24 8:6,17
  17:6 30:6 73:10
**today's** 5:3
**told** 42:10 43:14
  44:11,14 46:8 52:15

52:20
**tom** 5:3,22
**top** 23:5 57:12 60:11
**torrent** 19:3,4,7
  21:23 22:21 23:21,22
  24:1,2,18 33:20
  34:17 37:15,15 39:12
  40:14 43:25 50:1
  54:17 59:18,18,19,20
  59:20
**total** 24:23 25:5
**touch** 29:11,11
**tough** 61:4
**tower** 76:1
**tradename** 18:14
  19:7
**trades** 68:20
**tradesman** 72:15
**traffic** 15:11 40:14
  41:15
**trained** 18:8
**transaction** 13:12
  15:13 50:25 52:9
  55:19,20 56:2,9
**transactions** 17:8,22
  30:4 56:12,16 59:7
**transcribe** 7:22
**transcribed** 7:19
**transcribing** 8:2
**transcript** 75:8,21
  76:11,13,19 77:4
**transcription** 75:9
**transfer** 35:1,6
**transferred** 35:25
  41:25 42:9 43:15
  50:17 58:25 59:8
**transmission** 42:18
  44:4,8,9,23 45:1
  55:21 58:22
**transmit** 35:12 40:5
  40:6 41:4
**transmitted** 15:14
  34:5 36:12 43:11,24
  47:14 52:17

**transmitting** 40:3
**trial** 17:6,21 25:14,15
  30:3
**true** 28:22 75:8 77:17
**truthful** 12:9 56:22
  56:24 57:1
**try** 7:23,24 8:4,4
  21:11 42:24 49:22
  67:11
**trying** 28:4 37:18
  46:11,13 53:13 58:24
  63:24 64:11
**turn** 19:16,18 21:10
  24:19 39:18
**turnaround** 73:8
**turns** 59:18
**two** 15:15 19:18
  23:12 40:3,18 67:22
**type** 33:24
**types** 13:10 22:15
**typically** 23:24 34:15
  35:12 61:17
**typographical** 72:25

**u**

**ubuntu** 37:19
**udp** 39:25 40:4,5,9,9
  40:14,17,18,22 41:2
  41:4,7,18 45:23
**unallocated** 26:20
**undersigned** 74:7
**understand** 7:9,11
  7:16 14:23 21:4 36:8
  36:13,16 37:25 38:25
  39:9 41:1,25 42:21
  47:16,20 52:10 53:6
  53:14 54:5 55:10,23
  56:4 64:3,11 65:9,15
  66:20 67:1 71:11
**understanding** 28:4
  43:19 45:17
**understood** 13:6
  16:10 53:10 67:9
**uneditable** 13:7,10

[unique - zeros]                                                    Page 90

**unique**  22:7 61:11
  67:23
**united**  1:1 32:22
**unix**  18:6
**unsecured**  66:15
**untruthful**  57:1
**unusual**  69:13
**unverifiable**  48:3
**upload**  21:15 35:2
**uploading**  21:22
**uploads**  21:19
**use**  8:14 16:23 22:9
  23:21,22,23 42:22
  55:24 56:4 58:9,9
  63:22 66:15 67:15
  69:3,5,6 70:11
**user**  39:25 71:5,15
**users**  68:16
**uses**  5:2 21:9 59:14
  64:25

**v**

**v**  1:5
**value**  13:14 22:6,7,7
  34:1 43:24 48:12
  54:19,20,21
**values**  22:3 44:1 55:1
**varies**  68:14
**vary**  18:7
**verifiable**  12:20 13:1
  13:2 41:12 60:21
**veritext**  76:1,13
**version**  37:19
**versus**  27:20
**vicki**  1:16 74:7,15
  75:5,19 76:22
**video**  15:13,16,18,20
  15:23 16:13,15 51:25
  53:10 57:10
**viewable**  38:5
**volitional**  38:20
**vs**  76:7 77:2

**w**

**wait**  30:25
**waive**  73:3
**waived**  73:16 76:19
**walked**  71:18
**want**  6:10,13 12:13
  16:10 20:2,10 21:2
  24:4,11 25:8,11
  37:20 39:18 42:22
  46:24 60:23 66:1
**wanted**  37:5 38:4
  39:14 52:18
**wants**  37:14
**watch**  38:5
**way**  18:4 25:10 29:1
  29:25 33:20 35:1
  41:12 44:24 57:1,2
  64:6 65:18 71:1,15
**we've**  46:16
**weaker**  65:15,17
**website**  19:4,8 23:3
**websites**  22:18,21
  23:21,22
**went**  20:22 54:17
**whispering**  46:6
**wifi**  66:15
**wiggly**  65:18
**windows**  71:2,16
  72:8
**winter**  6:21 76:6
**wire**  41:15 63:6
**wirelessly**  63:6
**withdraw**  46:17
**witness**  3:6 4:3,5
  73:6 74:12 75:10
**word**  26:10,12,17,18
  39:9 42:22 55:24
  72:6 73:2
**words**  21:6 38:25
  55:24 56:1,5
**work**  10:4 11:8 25:23
  25:25 26:8 28:2,6
  54:12 55:12 64:13
  68:6,13 73:10

**worked**  71:3 72:13
**working**  6:6 12:4
**works**  18:17 21:4
  24:6 30:11 33:20
  37:9,25 55:9 58:12
  63:10 71:2
**world**  32:15,16
**world's**  23:4
**worm**  13:7 16:17,19
  16:22 30:16,19 31:10
  31:13,14,16 32:6
**write**  16:18 30:16
  77:4
**written**  5:4 16:16,19
  16:22 30:20 57:19
  59:2
**wrong**  36:23 38:16
**www**  19:4

**x**

**x**  18:14 19:7 23:7

**y**

**yeah**  70:5,21,24
**years**  70:9 71:23

**z**

**zero**  28:21 56:21
**zeros**  15:14

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.