Home

My Channel

Subscriptions

History

Watch Later

**PLAYLISTS**

Liked videos

**SUBSCRIPTIONS**

Add channels

Popular on YouTube

Music

Sports

Gaming

Browse channels

Manage subscriptions

Upload

## Robert Dare

Subscribe   1

**Home**   Videos   Playlists   Channels   Discussion   About

All activities ▼

Robert Dare liked a video   1 month ago



**How To Do Push Ups with Antranik**
by Antranik DotOrg
2 months ago · 866,547 views
To understand WHY flaring the elbows out is bad or other things are bad, read the
supplemental blog post here: http://antranik.org/push-ups/…

Robert Dare subscribed to a channel   1 month ago



**Antranik DotOrg**
61 videos
Hey everybody, my name is Antranik, as you've realized already, this is where you could see
videos of me, in action! For the past few years I've had a blog at www.antranik.org and I…

CHANNEL   Subscribe   29,116

Robert Dare added 1 video to Favorites   11 months ago



**Wheels On The Bus | Plus Lots More Nursery Rhymes | 54 Minutes Compilation from LittleBabyBum!**

by LittleBabyBum ®

1 year ago • 839,810,077 views

Download our videos http://www.littlebabybum.com/shop/videos

...

CC

---

Robert Dare subscribed to a channel · 1 year ago



**TeletubbiesTM**

9 videos

CHANNEL · Subscribe · 122,334

---

Robert Dare liked a video · 1 year ago



**Pocoyo in English - Session 8 Ep. 29-32**

by Pocoyo - English

2 years ago • 20,835,062 views

Half-Hour Pocoyo Show, featuring four continuous episodes: Up Up and Away / A Surprise for Pocoyo / Having a Ball / Super Pocoyo...

---

Robert Dare liked a video · 1 year ago



**Coca Cola Life - Ser Padres HD**

by santobuenosaires

1 year ago • 7,889,909 views

---

Robert Dare liked a video · 1 year ago



**Mundo Pocoyó - Episodio 7**
by Pocoyo
4 years ago • 46,778,456 views
Cada capítulo de "Mundo Pocoyó" incluye episodios clásicos de Pocoyó, canciones y super consejos: ¡25 minutos de diversión!…

Robert Dare subscribed to a channel   1 year ago



**Balloon Animals**
298 videos
I make cool things out of Balloons.
Watch me take on Challenges.…
CHANNEL   Subscribe   75,940

Robert Dare subscribed to a channel   2 years ago



**Pocoyo**
570 videos
Canal Oficial de Pocoyó – Official Pocoyo Channel (ESP, ENG)
…
CHANNEL   Subscribe   1,903,128

Robert Dare subscribed to a channel   2 years ago



**ENYCOMPRODUCCIONES**
58 videos
Videos y producciones propias ,asi como recopilaciones de audiovisuales y videos relacionados con la misma tematica.
CHANNEL   Subscribe   3,115

Robert Dare subscribed to a channel   2 years ago

**Cecilia Romero**
CHANNEL   Subscribe   2



Robert Dare added 1 video to Favorites  3 years ago



**VERSATILE SHOW HIGHLIGHT CLIP @VERSATILE, BEENIE MAN, AIDONIA, BRAIN, MURDERAZ, SAMOKE**

by Dwayne Julius
5 years ago · 14,245,257 views
Subscribers: http://www.youtube.com/user/DwayneJulius
Facebook https://www.facebook.com/dwayne.julius…

| Language: English ▼ | Country: Worldwide ▼ | Restricted Mode: Off ▼ | History | Help |

**About**   **Press**   **Copyright**   **Creators**   **Advertise**   **Developers**   **+YouTube**

Terms   Privacy   Policy & Safety   Send feedback   Try something new!



