UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-cv-61957- COHN/SELTZER

------------------------------------------------------------------X

MALIBU MEDIA, LLC,

           Plaintiff,

vs.

ROBERT DARE,

           Defendant.

------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel, notifies the Court that it inadvertently omitted to include a sub-exhibit to Exhibit "A" in support of its Motion for Summary Judgment. Exhibit "A" is a declaration of Colette Pelissier Field, Plaintiff's owner, and was supposed to include, as a sub-exhibit, a print-out from the United States Copyright Office's website reflecting the valid copyright registrations for the copyrighted works at issue in suit. This sub-exhibit was inadvertently omitted and is now being filed with this Notice. Plaintiff and its counsel apologize for the inadvertent omission and minor delay in filing.

        Respectfully submitted,

        LIPSCOMB EISENBERG & BAKER, PL

        By: /s/ *Daniel C. Shatz*
        **Daniel C. Shatz, Esq.**
        Florida Bar No. 94696
        dshatz@lebfirm.com
        **M. Keith Lipscomb, Esq.**

Florida Bar No. 429554
klipscomb@lebfirm.com
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Daniel C. Shatz*