UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------------------X

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

ROBERT DARE,

       Defendant.

-----------------------------------------------------------------X

Civil No. 0:14-cv-61957

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT ROBERT DARE

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Robert Dare ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: November 6, 2015

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
**M. Keith Lipscomb, Esq.**
klipscomb@lebfirm.com
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*