UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61957-CIV-COHN/SELTZER

MALIBU MEDIA, LLC,

       Plaintiff,

vs.

ROBERT DARE,

       Defendant.

_____/

## NOTICE TO PARTIES

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Settlement [DE 111].  The Notice of Settlement states that "[u]pon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice."  [Id. at 1.] This case is set for hearing on November 12 and for Calendar Call on December 3, 2015.

The parties are informed that the Court expects counsel to appear at the hearing and Calendar Call and to continue to adhere to the relevant pretrial deadlines **until an appropriate stipulation of dismissal is filed**.  If the case is settled, the parties should file such a stipulation without delay.  The Court is willing to retain jurisdiction over the closed case to enforce the settlement agreement.

**DONE AND ENTERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 9th day of November, 2015.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.