UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-61957-CIV-COHN/SELTZER

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

ROBERT DARE,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Stipulation of Dismissal of Plaintiff's Claims Against Defendant Robert Dare With Prejudice [DE 113]. The parties dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of November, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.